(Official Form 1) (12/02) West Group, Rochester, NY

| FORM B1 | United States Bankruptcy Court | Voluntary Petition |
| --- | --- | --- |

**NORTHERN** District of **ILLINOIS**

| Name of Debtor (If individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
| --- | --- |
| **Amaneiro, Eduardo** | |

| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): **NONE** | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| --- | --- |

| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (If more than one, state all): | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No. (If more than one, state all): |
| --- | --- |

| Street Address of Debtor (No. & Street, City, State & Zip Code): **5604 W. Kedvale** **Chicago IL** 60618 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| --- | --- |

| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: |
| --- | --- |

| Mailing Address of Debtor (If different from street address): **SAME** | Mailing Address of Joint Debtor (If different from street address): |
| --- | --- |

Location of Principal Assets of Business Debtor (If different from street address above): **SAME**

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
| --- | --- | --- |
| ☒ Individual(s) | ☐ Railroad | |
| ☐ Corporation | ☐ Stockbroker | ☒ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Other _____ | ☐ Clearing Bank | ☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | |
| --- | --- |
| ☐ Consumer/Non-Business | ☒ Business |

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101

☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☐ | 50-99 ☒ | 100-199 ☐ | 200-999 ☐ | 1000-o ☐ |
| --- | --- | --- | --- | --- | --- | --- |

| Estimated Assets | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☒ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- |

| Estimated Debts | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☒ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 03/26/2004
Time: 10:36:06
Debtor: EDUARDO AMANEIRO
Case: 04-11992      Fee : 209
Chapter: 7 Rec. # : 3071144
Judge: John Squires
341 mtg: 05/11/2004 @ 01:00PM
Trustee: DAVID LEIBOWITZ

1:04BK11992-BK001

(Official Form 1) (12/02) West Group, Rochester, NY

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*Eduardo Asaneiro* | FORM B1, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (if more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (if more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

*Jeffrey Strange*
Printed Name of Attorney for Debtor(s)

*Jeffrey Strange & Associates*
Firm Name

*717 Ridge Road*
Address

*Suite 1A*

*Wilmette IL   60091*

*847-256-7377*                      _____
Telephone Number                      Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

*Eduardo Ameneiro*
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)            Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.

☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

FORM B6A (6/90) West Group, Rochester, NY

In re *Eduardo Amaneiro* _____ / Debtor       Case No. *04 B*
                                                                        (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 5604 N. Kedvale, Chicago IL 3 Unit Apt. Building PIN 13-03-410-014-0000 | Fee Simple | | $ 340,000.00 | $ 340,000.00 |

No continuation sheets attached

**TOTAL $**    340,000.00
(Report also on Summary of Schedules.)

FORM B6B (10/89) West Group, Rochester, NY

In re *Eduardo Amaneiro* _____ / Debtor    Case No. *04 B* ____

(If known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | cash<br>Location: In debtor's possession | | $ 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Community Bank of Ravenswood<br>Location: In debtor's possession | | $ 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | household furniture stereo tv<br>Location: In debtor's possession | | $ 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | clothes<br>Location: In debtor's possession | | $ 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Stock in American Lube<br>Location: In debtor's possession | | $ 500.00 |

FORM B6B (10/89) West Group, Rochester, NY

In re _Eduardo Amaneiro_ _____ / Debtor     Case No. _04 B_ ____

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Stock in Evanston Rent a Car Location: In debtor's possession | | $ 500.00 |
| | | Inventory in Fast Eddie's Red Hots Location: 4258 N. Elston Chicago | | $ 400.00 |
| | | Stock in Purple Cab Co. Location: In debtor's possession | | $ 500.00 |
| | | Stock in Purple Cab Two Location: In debtor's possession | | $ 500.00 |
| 13. Interests in partnership or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | | City of Chicago Taxi Medallions Location: Purple Cab Two Co. | | $ 30,000.00 |

FORM B6B (10/89) West Group, Rochester, NY

In re __Eduardo Amaneiro_____ / Debtor      Case No. _04 B_

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers and other vehicles. | | 1955 Austin Sedan<br>Location: in debtor's possession | | $ 5,000.00 |
| | | 2002 Chevrolet Avalanche<br>Location: Repossessed | | $ 10,000.00 |
| | | 2002 Chevy Impala<br>Location: Repossessd | | $ 10,000.00 |
| | | 2002 Chevy Blazer<br>Location: Repossessed | | $ 10,000.00 |
| | | 2003 Cadillac CTS Sedan<br>Location: In debtors possession | | $ 10,000.00 |
| | | 2003 Chevrolet Avalanche<br>Location: Resposessed | | $ 10,000.00 |
| | | 2003 Chevrolet Cavalier (2 of them)<br>Location: Repossessed | | $ 20,000.00 |
| | | 2003 Tahoe<br>Location: Reposessed | | $ 10,000.00 |
| | | 2003 Trailer Blazer<br>Location: Reposessed | | $ 10,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |

FORM B6B (10/89) West Group, Rochester, NY

In re _Eduardo Amaneiro_ _____ / Debtor    Case No. _04 B_ _____

(if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | | _Personal Property_<br>_Location: In debtor's possession_ | | $ 500.00 |

Page __4__ of __4__

Total ➡    $ 129,100.00

(Report total also on Summary of Schedules.)<br>Include amounts from any continuation sheets attached.

FORM B6C (6/90) West Group, Rochester, NY

In re
**Eduardo Amaneiro** _____ / Debtor     Case No. _04_ B _____

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (1):  Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period then in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 5604 N. Kedvale | 735 ILCS 5/12-901 | $ 7,500.00 | $ 340,000.00 |
| cash | 735 ILCS 5/12-1001(b) | $ 200.00 | $ 200.00 |
| household furniture stereo tv | 735 ILCS 5/12-1001(b) | $ 500.00 | $ 500.00 |
| clothes | 735 ILCS 5/12-1001(a) | $ 500.00 | $ 500.00 |
| Stock in American Lube | 735 ILCS 5/12-1001(b) | $ 200.00 | $ 500.00 |
| Stock in Evanston Rent a Car | 735 ILCS 5/12-1001(b) | $ 500.00 | $ 500.00 |
| stock in Fast Eddies Red Hots | 735 ILCS 5/12-1001(b) | $ 0.00 | $ 400.00 |
| Stock in Purple Cab Co. | 735 ILCS 5/12-1001(b) | $ 500.00 | $ 500.00 |
| Stock in Purple Cab Two | 735 ILCS 5/12-1001(b) | $ 500.00 | $ 500.00 |
| 1955 Austin Sedan | 735 ILCS 5/12-1001(c) | $ 5,000.00 | $ 5,000.00 |
| 2003 Chevrolet Avalanche | 735 ILCS 5/12-1001(c) | $ 0.00 | $ 10,000.00 |
| 2003 Chevrolet Cavalier (2 of them) | 735 ILCS 5/12-1001(c) | $ 1,000.00 | $ 20,000.00 |

FORM B6D (12/03) West Group, Rochester, NY

In re Eduardo Amaneiro _____ / Debtor    Case No. 04 B _____

(If known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: 3042<br>Creditor # : 1<br>Community Bank of Ravenswood<br>2300 W. Lawrence<br>Chicago IL 60625 | X | 08/30/2002<br>Commercial Car Loan<br>2003 Trailer Blazer<br><br>Value: $ 10,000.00 | | | | $ 15,424.50 | $ 5,424.50 |
| Account No: 8005<br>Creditor # : 2<br>Community Bank of Ravenswood<br>2300 W. Lawrence AVe<br>Chicago IL 60625 | X | 03/27/02<br>Promissory Note<br>Lien on medallions 5200,<br>5018,6266,5117,6272,4400,3222,<br>6209, and first lien against 5<br>Value: $ 30,000.00 | | | | $ 79,248.89 | $ 49,248.89 |
| Account No: 8007<br>Creditor # : 3<br>Community Bank of Ravenswood<br>2300 W. Lawrence Ave<br>Chicago IL 60625 | X | 01/03/03<br>Business Loan<br>Medallion #3222, Medallion<br>#4400, Medallion #5018,<br>Medallion #5117, Medallion<br>Value: $ 30,000.00 | | | | $ 422,150.63 | $ 422,150.63 |
| Account No: 8001<br>Creditor # : 4<br>Community Bank of Ravenswood<br>2300 W. Lawrence Avenue<br>Chicago IL 60625 | X | 09/06/01<br>Business Loan<br>Taxi Medallions # 2801, 3215,<br>2715, 2744, 2827 and 2919 and<br>first lien on<br>Value: $ 30,000.00 | | | | $ 55,813.00 | $ 55,813.00 |

3 ___ continuation sheets attached

Subtotal $ (Total of this page)    572,637.02

Total $
(Use only on last page. Report total also on Summary of Schedules)

FORM B6D (12/03) West Group, Rochester, NY

In re _Eduardo Amaneiro_ _____ / Debtor     Case No. _04 B_ _____
                                                                    (If known)

## SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H—Husband W—Wife J—Joint C—Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If any |
|---|---|---|---|---|---|---|---|
| Account No: 8004<br><br>Creditor # : 5<br>Community Bank of Ravenswood<br>2300 W. Lawrence Avenue<br>Chicago IL 60625 | X | 01/03/03<br><br>Promissory Note<br><br>Taxi Medallions 2801, 3215, 2714, 2744, 2827, 2919 and 2883 with UCC filings filed on<br><br>Value: $ 30,000.00 | | | | $ 381,350.00 | $ 381,350.00 |
| Account No: 8008<br><br>Creditor # : 6<br>Community Bank of Ravenswood<br>2300 W. Lawrence Avenue<br>Chicago IL 60625 | H | 06/24/2002<br><br>Mortgage<br><br>5604 N. Kedvale/American Lube Plus #2<br><br>Value: $ 340,000.00 | | | | $ 25,000.00 | $ 21,000.00 |
| Account No: 8010<br><br>Creditor # : 7<br>Community Bank of Ravenswood<br>2300 W. Lawrence Avenue<br>Chicago  IL 60625 | | 05/12/2003<br><br>Mortgage<br><br>Secured by inventory of American Lube Plus #2 located at 5606 N. Western Avenue,<br><br>Value: $ 340,000.00 | | | | $ 65,000.00 | $ 0.00 |
| Account No: 8011<br><br>Creditor # : 8<br>Community Bank of Ravenswood<br>2300 W. Lawrence Avenue<br>Chicago IL 60625 | X | 10/01/2003<br><br>Car loan<br><br><br><br>Value: $ 5,000.00 | | | | $ 15,000.00 | $ 10,000.00 |
| Account No: 8006<br><br>Creditor # : 9<br>Community Bank of Ravenswood<br>2300 W. Lawrence Avenue<br>Chicago IL 60625 | | 04/05/02<br><br>Purchase Money Security<br>Loan secured by business inventory of Fast Eddies Redhots<br><br>Value: $ 400.00 | | | | $ 64,000.00 | $ 63,600.00 |
| Account No: 3037<br><br>Creditor # : 10<br>Community Bank of Ravenswood<br>2300 W. Lawrence Avenue<br>Chicago IL 60625 | X | 02/19/2002<br><br>Commercial Car Loan<br>2002 Chevy Blazer<br><br><br>Value: $ 10,000.00 | | | | $ 21,226.91 | $ 11,226.91 |

Sheet No.1   of _3_   continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal $    571,576.91
(Total of this page)
Total $
(Use only on last page. Report total also on Summary of Schedules)

FORM B6D (12/03) West Group, Rochester, NY

In re Eduardo Amansiro_____/ Debtor     Case No. 04 B _____

(If known)

## SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H—Husband W—Wife J—Joint C—Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: 3046 Creditor # : 11 Community Bank of Ravenswood 2300 W. Lawrence Chicago IL 60625 | X | 11/1/2002 Commercial Car Loan 2003 Chevrolet Avalanche purchased for Evanston Rent A Car Value: $ 10,000.00 | | | | $ 32,248.43 | $ 22,248.43 |
| Account No: 3047 Creditor # : 12 Community Bank of Ravenswood 2300 W. Lawrence Avenue Chicago IL 60625 | X | 11/19/2002 Commercial Car Loan 2003 Chevrolet Avalanche Value: $ 10,000.00 | | | | $ 27,259.81 | $ 27,259.81 |
| Account No: 3043 Creditor # : 13 Community Bank of Ravenswood 2300 W. Lawrence Chicago IL 60625 | X | 09/10/2002 Commercial Car Loan 2003 Cadillac CTS Sedan Value: $ 10,000.00 | | | | $ 38,876.72 | $ 28,876.72 |
| Account No: 8009 Creditor # : 14 Community Bank of Ravenswood 2300 W. Lawrence Chicago IL 60625 | X | 03/21/2003 Mortgage 5604 N. Kedvale, third mortgage Value: $ 340,000.00 | | | | $ 20,000.00 | $ 20,000.00 |
| Account No: 3047 Creditor # : 15 Community Bank of Ravenswood 2300 W. Lawrence Avenue Chicago IL 60625 | X | 11/19/2002 Commercial Car Loan 2003 Tahoe purchased for Evanston Rent A Car Value: $ 10,000.00 | | | | $ 32,325.46 | $ 22,325.46 |
| Account No: 3038 Creditor # : 16 Community Bank of Ravenswood 2300 W. Lawrence Ave Chicago IL 60625 | X | 04/12/2002 Commercial Car Loan 2002 Chevy Impala Value: $ 10,000.00 | | | | $ 13,964.00 | $ 3,964.00 |

Sheet No.2 of 3 continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal $ (Total of this page) | 164,674.42

Total $ (Use only on last page. Report total also on Summary of Schedules) |

FORM B6D (12/03) West Group, Rochester, NY

In re Eduardo Amaneiro _____ / Debtor        Case No. 04 B _____

(If known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: 4116 Creditor # : 17 GMAC PO Box 217060 Auburn Hills MI 48321-7060 | | 2003 Car loan Value: $ 30,000.00 | | | | $ 20,000.00 | $ 0.00 |
| Account No: 8433 Creditor # : 18 Greenpoint Mortgage PO Box 908 Newark NJ 07101-0908 | | 02/2004 Mortgage 5604 N. Kedvale Value: $ 340,000.00 | | | | $ 244,000.00 | $ 0.00 |
| Account No: s #2 Creditor # : 19 Illinois Dept. Revenue Central Registration Office PO Box 19030 Springfield IL 62794-9030 | | Value: $ 0.00 | | | | Unknown | $ 0.00 |
| Account No: Creditor # : 20 Maheri Ahmad Shahadeh 4042 W. Lawrence Chicago IL 60630 | | 03/2004 Lease Value: $ 0.00 | | | | $ 3,300.00 | $ 3,300.00 |
| Account No: Creditor # : 21 More Equity PO Box 5110 Carol Stream IL 60197-5110 | | 02/2004 Mortgage 5604 N. Kedvale Value: $ 340,000.00 | | | | $ 27,000.00 | $ 0.00 |
| Account No: | | Value: | | | | | |

Sheet No.3  of  3  continuation sheets attached to Schedule of Creditors

Holding Secured Claims

Subtotal $ (Total of this page) — 294,300.00

Total $ (Use only on last page. Report total also on Summary of Schedules) — 1,603,188.35

In re **Eduardo Amaneiro** _____ / Debtor       Case No. **04 B** _____

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

No continuation sheets attached

FORM B6F (12/03) West Group, Rochester, NY

In re _Eduardo Amaneiro_____ / Debtor      Case No. _04 B_____
                                                                    (If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three  columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   1008  Creditor # : 1  American Express  PO Box 5207  Ft. Lauderdale FL 33310-5207 | | 02/2004  Credit Card Purchases | | | | $ 1,097.25 |
| Account No:   4457  Creditor # : 2  Arrow Uniform  6400 Monroe Blvd  Taylor MI 48180-1884 | | 03/2004  for American Lube Plus | | | | $ 0.00 |
| Account No:   2407  Creditor # : 3  AutoZone  c/o Pro Consulting Svc Inc.  PO Box 66510  Houston TX 77266-6510 | | 03/2004 | | | | $ 352.04 |
| Account No:   0805  Creditor # : 4  Best Buy  Retail Services  PO Box 17298  Baltimore MD 21297-1298 | | 02/2004  Credit Card Purchases | | | | $ 2,012.00 |

___ _5_ continuation sheets attached

Subtotal $
(Total of this page)

Total $
(Report total also on Summary of Schedules)

3,461.29

FORM B6F (12/03) West Group, Rochester, NY

In re _Eduardo Amaneiro_____ / Debtor     Case No. _04 B_____
(If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Code btor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 9736<br>Creditor # : 5<br>Bose Corporation<br>The Mountain<br>Framingham MA 01701-9168 | | 03/2004<br>Credit Card Purchases | | | | Unknown |
| Account No: 8217<br>Creditor # : 6<br>Brinks Home Security<br>PO Box 6604418<br>Dallas TX 75266-0418 | | 03/2004 | | | | $ 312.00 |
| Account No: 7543<br>Creditor # : 7<br>Capital One Mastercard<br>Capital One Services<br>PO Box 85015<br>Richmond VA 23285-5015 | | 02/2004<br>Credit Card Purchases | | | | $ 745.00 |
| Account No: 5182<br>Creditor # : 8<br>Capital One Visa<br>PO Box 25131<br>Richmond VA 23276-0001 | | 02/2004<br>Credit Card Purchases | | | | $ 990.24 |
| Account No: 0301<br>Creditor # : 9<br>Carson Pirie Scott<br>PO Box 17633<br>Baltimore MD 21297-1633 | | 02/2004<br>Credit Card Purchases | | | | $ 502.00 |
| Account No: 2160<br>Creditor # : 10<br>City of Chicago<br>121 N. LaSalle<br>Chicago IL | | 12/2003<br>Purple Cab Parking Tickets<br>IL #5117TX; 2919TX; 6266TX; 2744TX;<br>3215TX; 4400TX; 3222TX; 2715TX; | | | | $ 7,500.00 |

Sheet No. __1__ of __5__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      10,049.24
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re **Eduardo Amaneiro** _____ / Debtor        Case No. **04 B** _____

(If known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **8012** <br> Creditor # : 11 <br> Community Bank of Ravenswood <br> 2300 W. Lawrence <br> Chicago IL 60625 | | 12/11/2003 <br> *PERSONAL GUARANTEE* <br> *Unsecured business loan* | | | | $ 39,130.51 |
| Account No: **8008** <br> Creditor # : 12 <br> Community Bank of Ravenswood <br> 2300 W. Lawrence <br> Chicago IL | | 06/24/2002 <br> *PERSONAL GUARANTEE* | | | | $ 19,792.81 |
| Account No: **3929** <br> Creditor # : 13 <br> Costco <br> Retail Services <br> PO Box 15521 <br> Wilmington DE 19850-5521 | | 02/2004 <br> *Credit Card Purchases* | | | | $ 1,982.89 |
| Account No: **9071** <br> Creditor # : 14 <br> Cross Country Bank <br> PO Box 310731 <br> Boca Raton FL 33431-0731 | | 02/2004 <br> *Credit Card Purchases* | | | | $ 2,276.96 |
| Account No: **2876** <br> Creditor # : 15 <br> Direct Merchants Bank <br> Cardmember Services <br> PO Box 21550 <br> Tulsa OK 74121-1550 | | 02/2004 <br> *Credit Card Purchases* | | | | $ 122.29 |
| Account No: **5057** <br> Creditor # : 16 <br> Direct TV <br> Customer Service <br> PO Box 70014 <br> Boise ID 83707-0114 | | 12/2003 | | | | $ 67.98 |

Sheet No. **2** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)    **63,373.44**

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re __Eduardo Amaneiro_____ / Debtor      Case No. _04 B_____
                                                                            (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H–Husband W–Wife J–Joint C–Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 1618<br>Creditor # : 17<br>Discover Card<br>PO Box 3008<br>New Albany NY 43054-3008 | | 02/2004<br>Credit Card Purchases | | | | $ 6,140.00 |
| Account No: 9697<br>Creditor # : 18<br>First North American NB<br>PO Box 100044<br>Kennesaw GA 30156-9244 | | 02/2004<br>Credit Card Purchases | | | | $ 3,094.68 |
| Account No: 1786<br>Creditor # : 19<br>Home Depot<br>Home Depot Credit Services<br>Processing Center<br>Des Moines IA 50364-0001 | | 02/2004<br>Credit Card Purchases | | | | $ 3,243.92 |
| Account No: 1228<br>Creditor # : 20<br>Homemakers<br>Retail Services<br>PO Box 15521<br>Wilmington DE 19850-5521 | | 02/2004<br>Credit Card Purchases | | | | $ 2,908.69 |
| Account No: 3073<br>Creditor # : 21<br>Household Bank Gold<br>Household Credit Services<br>PO Box 81622<br>Salinas CA 93912-1622 | | 02/2004<br>Credit Card Purchases | | | | $ 2,122.00 |
| Account No: 1262<br>Creditor # : 22<br>Kay Jewelers<br>PO Box 3680<br>Akron OH 44309 | | 02/2004 | | | | $ 157.40 |

Sheet No. _3_ of _5_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     17,666.69
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Eduardo Amaneiro_____ / Debtor     Case No. _04 B_____

(If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  9886<br>Creditor # : 23<br>Lowe's<br>Capital One Services<br>PO Box 85015<br>Richmond VA 23285-5015 | | 02/2004<br>Credit Card Purchases | | | | $ 461.59 |
| Account No:  5-10<br>Creditor # : 24<br>Marshall Field's<br>Retailers National Bank<br>PO Box 59231<br>Minneapolis MN 55459-0231 | | 02/2004<br>Credit Card Purchases | | | | $ 549.28 |
| Account No:  9862<br>Creditor # : 25<br>National Waste<br>2608 S. Damen<br>Chicago IL 60608 | | 01/2004<br>American Lube Pros #2 | | | | $ 130.00 |
| Account No:  1496<br>Creditor # : 26<br>Orchard Bank<br>Household Credit Services<br>PO Box 17051<br>Baltimore MD 21297-1051 | | 02/2004<br>Credit Card Purchases | | | | $ 2,050.00 |
| Account No:  8523<br>Creditor # : 27<br>Peoples Gas<br>Harris & Harris LTD<br>600 W. Jackson Suite 400<br>Chicago IL 60661 | | 02/2004<br>Utility Bills<br>American Lube Plus #2 | | | | $ 2,500.00 |
| Account No:  3411<br>Creditor # : 28<br>Sams Club<br>PO Box 103036<br>Roswell GA 30076 | | 02/2004<br>Credit Card Purchases | | | | $ 291.00 |

Sheet No. _4_ of _5_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)        5,981.87

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re __Eduardo Amaneiro_____ / Debtor    Case No. __04 B____
(If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   -802<br><br>Creditor # : 29<br>Shell Oil<br>Processing Center<br>Des Moines IA 50367-0100 | | 12/2003<br><br>Credit Card Purchases | | | | $ 190.00 |
| Account No:   1247<br><br>Creditor # : 30<br>Target<br>Retailers National Bank<br>PO Box 59317<br>Minneapolis MN 55459-0317 | | 02/2004<br><br>Credit Card Purchases | | | | $ 2,160.00 |
| Account No:   0111<br><br>Creditor # : 31<br>Value City<br>Retail Services<br>PO Box 15521<br>Wilmington DE 19850-5521 | | 02/04<br><br>Credit Card Purchases | | | | $ 311.77 |
| Account No:   5576<br><br>Creditor # : 32<br>Valvoline Company<br>PO Box 93263<br>Chicago IL 60673-3263 | | 02/2004<br><br>American Lube Plus | | | | $ 487.00 |
| Account No:   1060<br><br>Creditor # : 33<br>WalMart<br>PO Box 960023<br>Orlando FL 32896 | | 02/2004<br><br>Credit Card Purchases | | | | $ 142.60 |
| Account No: | | | | | | |

Sheet No.   5  of   5 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)    3,291.37

Total $ (Report total also on Summary of Schedules)    103,823.90

FORM B6G (10/89) West Group, Rochester, NY

In re _Eduardo Amanairo_ _____ / Debtor    Case No. _04 B_ _____

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
creditors.

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

FORM B6H (6/90) West Group, Rochester, NY

In re _Eduardo Amaneiro_ _____ / Debtor    Case No. _04 B_ _____

<span style="float:right">(If known)</span>

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Patricia Amaneiro<br>5701 N. California<br>Chicago IL  60659 | Community Bank of Ravenswood<br>2300 W. Lawrence Avenue<br>Chicago IL  60625 |
| | Community Bank of Ravenswood<br>2300 W. Lawrence Avenue<br>Chicago IL  60625 |
| | Community Bank of Ravenswood<br>2300 W. Lawrence Ave<br>Chicago IL  60625 |
| | Community Bank of Ravenswood<br>2300 W. Lawrence AVe<br>Chicago IL 60625 |
| Jeffrey Gross<br>President, Evanston Car Rental<br>112 Asbury Avenue<br>Evanston IL  60202 | Community Bank of Ravenswood<br>2300 W. Lawrence Avenue<br>Chicago IL  60625 |
| | Community Bank of Ravenswood<br>2300 W. Lawrence<br>Chicago IL  60625 |
| | Community Bank of Ravenswood<br>2300 W. Lawrence Avenue<br>Chicago IL  60625 |
| | Community Bank of Ravenswood<br>2300 W. Lawrence<br>Chicago IL  60625 |
| | Community Bank of Ravenswood<br>2300 W. Lawrence<br>Chicago IL  60625 |
| | Community Bank of Ravenswood<br>2300 W. Lawrence Avenue<br>Chicago IL  60625 |

FORM B6H (6/90) West Group, Rochester, NY

In re _Eduardo Amaneiro_ _____ / Debtor    Case No. _04 B_ _____
                                                                        (If known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Jeffrey Gross...continued_ | _Community Bank of Ravenswood_<br>_2300 W. Lawrence Ave_<br>_Chicago IL  60625_<br><br>_Community Bank of Ravenswood_<br>_2300 W. Lawrence Avenue_<br>_Chicago IL  60625_ |

FORM B6I (6/90) West Group, Rochester, NY

In re **Eduardo Amaneiro** _____ / Debtor    Case No. **04 B** _____

(If known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP | AGE |
| | | |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Manager Mechanic Shop** | |
| Name of Employer | **American Lube Plus** | |
| How Long Employed | **1 Year** | |
| Address of Employer | **4258 N. Elson Avenue** **Chicago IL  60618** | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 0.00 | $ 0.00 |
| Estimated Monthly Overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 0.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll Taxes and Social Security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other  (Specify): | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from Real Property | $ 1,500.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social Security or other government assistance Specify: | | |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income Specify: | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 0.00 | $ 0.00 |
| | $ 1,500.00 | $ 0.00 |
| TOTAL COMBINED MONTHLY INCOME  $ 1,500.00 (Report also on Summary of Schedules) | | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J (6/90) West Group, Rochester, NY

In re __Eduardo Amaneiro_____ / Debtor     Case No. _04 B_____

(if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 2,100.00 |
| Are real estate taxes included?   Yes ☐   No ☒ | |
| Is property insurance included?   Yes ☐   No ☒ | |
| Utilities: Electricity and heating fuel | |
|     Water and sewer | $ 120.00 |
|     Telephone | $ 25.00 |
|     Other | $ 40.00 |
| Home maintenance (Repairs and upkeep) | $ 0.00 |
| Food | $ 100.00 |
| Clothing | $ 200.00 |
| Laundry and dry cleaning | $ 15.00 |
| Medical and dental expenses | $ 10.00 |
| Transportation (not including car payments) | $ 25.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 150.00 |
| Charitable contributions | $ 200.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | $ 0.00 |
|     Homeowner's or renter's | $ 70.00 |
|     Life | $ 0.00 |
|     Health | $ 0.00 |
|     Auto | $ 75.00 |
|     Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | |
| Specify: | $ 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|     Auto | $ 0.00 |
|     Other: | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other: | $ 0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$ 3,130.00** |

FORM B6 (6/90) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Eduardo Amaneiro*

Case No. *04 B*
Chapter  *7*

_____ / Debtor

# SUMMARY OF SCHEDULES
## Amended

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | Yes | 1 | $   340,000.00 | | |
| B-Personal Property | Yes | 4 | $   129,100.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 4 | | $   1,603,188.35 | |
| E-Creditors Holding Unsecured Priority Claims | Yes | 1 | | $   0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $   103,823.90 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 2 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $   1,500.00 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $   3,130.00 |
| Total Number of Sheets in All Schedules ► | | 22 | | | |
| Total Assets ► | | | $   469,100.00 | | |
| Total Liabilities ► | | | | $   1,707,012.25 | |

FORM B6 (6/90) West Group, Rochester, NY

In re _Eduardo Amaneiro_ _____ / Debtor    Case No. _04 B_ _____

(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____23____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _____     Signature _____

Eduardo Amaneiro

Form 7 (9/00)  West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re Eduardo Amaneiro

Case No. *04* B
Chapter  7

_____/ Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

---

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

## 1. Income from employment or operation of business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

---

## 2. Income other than from employment or operation of business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT

SOURCE

Year to date:0
   Last Year:10,000
Year before:0

*Business was sold December 6, 2003 after the stock was purchased in May 2003.  American Lube Plus 2 Corp.*

Form 7 (9/00)  West Group, Rochester, NY

**3. Payments to creditors.**

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *Creditor:Payments to every creditor in minimum amount was made Address:* | | | |

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**4. Suits and administrative proceedings, executions, garnishments and attachments.**

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**5. Repossessions, foreclosures and returns.**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name:Community Bank of Ravenswood Address:2300 W. Lawrence Chicago* | *March 1, 2004* | *Description:12 taxicabs and medallions Value:cars are worth about $6,000 each and medallions are worth $55,000 each* |

**6. Assignments and receiverships.**

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

Form 7 (9/00)  West Group, Rochester, NY

**7. Gifts.**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**8. Losses.**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**9. Payments related to debt counseling or bankruptcy.**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

☒ NONE

**10. Other transfers.**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**11. Closed financial accounts.**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

☒ NONE

**12. Safe deposit boxes.**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**13. Setoffs.**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**14. Property held for another person.**

List all property owned by another person that the debtor holds or controls.

☒ NONE

Form 7 (9/00)  West Group, Rochester, NY

### 15. Prior address of debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

### 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under and Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

Form 7 (9/00) West Group, Rochester, NY

## 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

| NAME AND ADDRESS | TAXPAYER I.D. NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| Debtor is an Individual:Purple Cab Inc. Business Address:4258 N. Elston Chicago | TaxPayer ID: | Taxicab business 12-14 cabs | 2002-2003 |
| Debtor is an Individual: Purple Cab Two Co. Address:  5606 N. Western Chicago 60659 | TaxPayer ID: | Cab Company | 2001-2003 |
| Debtor is an Individual: American Lube Plus #2 Inc. Business 4042 W. Lawrence Chicago 60603 Address: | TaxPayer ID: | Car maintenance and repair | 2002-2003 |
| Debtor is an Individual: Evanston Rent a Car of America Inc. Business Address: 112 Asbury Ave Evanston 60202 | TaxPayer ID: | Car rental company. Debtor  signed loans for the cars purchsed by the company  2003 Cadillac; 2003 Tahoe; 2003 Chevrolet Avalanche; 2003 Trailer Blazer; 2002 Chevy Blazer; 2002 Chevrolet Impala; | 2000-2003 |
| Debtor is an Individual:Fast Eddies Red Hots BusinessAddress: 5701 N California Chicago 60646 | TaxPayer ID: | Fast food restaurant | 2002-2003 |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

Form 7 (9/00)  West Group, Rochester, NY

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature _____
                                         Eduardo Amaneiro

Date _____     Signature _____

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. § 152 and § 3571.

FORM B8 (9/97) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Eduardo Amaneiro*

Case No. *04  B*
Chapter  *7*

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

**a.  Property to Be Surrendered.**

| Description of Property | Creditor's Name |
|---|---|
| *None* | |

**b.  Property to Be Retained.**                     [Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| *None* | | | | |

### Signature of Debtor(s)

Date: _____     Debtor: _____

Date: _____     Joint Debtor: _____

Rule 2016(b) (8/81) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re  *Eduardo Amaneiro*

Case No. *04 B*
Chapter  7

_____ / Debtor

Attorney for Debtor:  *Jeffrey Strange*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *2,000.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *2,000.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3.  $_____*209.00*_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
    *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
    *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
    *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
    *None*

Dated:

Respectfully submitted,

X_____

Attorney for Petitioner: *Jeffrey Strange*
*Jeffrey Strange & Associates*
*717 Ridge Road*
*Suite 1A*
*Wilmette IL  60091*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Eduardo Amaneiro*

Case No. *04 B*
Chapter  7

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

### a.  Property to Be Surrendered.

| Description of Property | Creditor's Name |
| --- | --- |
| *None* | |

### b.  Property to Be Retained.

[Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
| --- | --- | --- | --- | --- |
| *None* | | | | |

### Signature of Debtor(s)

Date: *4/24/2004*        Debtor: _____

Date: *4/24/2004*        Joint Debtor: _____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re *Eduardo Amaneiro*

Case No. *04* B
Chapter *7*

_____ / Debtor

Attorney for Debtor: *Jeffrey Strange*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *4/24/2004*

_____
Debtor

EDUARDO AMANZIERO
5604 N. KEDVALE
CHICAGO, IL

AMERICAN EXPRESS
ACCT#: 1008
PO BOX 5207
FT. LAUDERDALE, FL   33310-5207

ARROW UNIFORM
ACCT#: 4457
6400 MONROE BLVD
TAYLOR, MI   48180-1884

AUTOZONE
ACCT#: 2407
C/O PRO CONSULTING SVC INC.
PO BOX 66510
HOUSTON, TX   77266-6510

BEST BUY
ACCT#: 0805
RETAIL SERVICES
PO BOX 17298
BALTIMORE, MD   21297-1298

BOSE CORPORATION
ACCT#: 9736
THE MOUNTAIN
FRAMINGHAM, MA   01701-9168

BRINKS HOME SECURITY
ACCT#: 8217
PO BOX 6604418
DALLAS, TX   75266-0418

CAPITAL ONE MASTERCARD
ACCT#: 7543
CAPITAL ONE SERVICES
PO BOX 85015
RICHMOND, VA   23285-5015

CAPITAL ONE VISA
ACCT#: 5182
PO BOX 25131
RICHMOND, VA   23276-0001

CARSON PIRIE SCOTT
ACCT#: 0301
PO BOX 17633
BALTIMORE, MD   21297-1633

CITY OF CHICAGO
ACCT#: 2160
121 N. LASALLE
CHICAGO, IL

COMMUNITY BANK OF RAVENSWOOD
ACCT#: 3042
2300 W. LAWRENCE
CHICAGO, IL   60625

COMMUNITY BANK OF RAVENSWOOD
ACCT#: 3047
2300 W. LAWRENCE AVENUE
CHICAGO, IL   60625

COMMUNITY BANK OF RAVENSWOOD
ACCT#: 3043
2300 W. LAWRENCE
CHICAGO, IL   60625

COMMUNITY BANK OF RAVENSWOOD
ACCT#: 3046
2300 W. LAWRENCE
CHICAGO, IL   60625

COMMUNITY BANK OF RAVENSWOOD
ACCT#: 8009
2300 W. LAWRENCE
CHICAGO, IL   60625

COMMUNITY BANK OF RAVENSWOOD
ACCT#: 8012
2300 W. LAWRENCE
CHICAGO, IL   60625

COMMUNITY BANK OF RAVENSWOOD
ACCT#: 3037
2300 W. LAWRENCE AVENUE
CHICAGO, IL   60625

COMMUNITY BANK OF RAVENSWOOD
ACCT#: 3038
2300 W. LAWRENCE AVE
CHICAGO, IL   60625

COMMUNITY BANK OF RAVENSWOOD
ACCT#: 8011
2300 W. LAWRENCE AVENUE
CHICAGO, IL   60625

COMMUNITY BANK OF RAVENSWOOD
ACCT#: 8010
2300 W. LAWRENCE AVENUE
CHICAGO , IL   60625

COMMUNITY BANK OF RAVENSWOOD
ACCT#: 8008
2300 W. LAWRENCE AVENUE
CHICAGO, IL   60625

COMMUNITY BANK OF RAVENSWOOD
ACCT#: 8004
2300 W. LAWRENCE AVENUE
CHICAGO, IL   60625

COMMUNITY BANK OF RAVENSWOOD
ACCT#: 8001
2300 W. LAWRENCE AVENUE
CHICAGO, IL   60625

COMMUNITY BANK OF RAVENSWOOD
ACCT#: 8007
2300 W. LAWRENCE AVE
CHICAGO, IL  60625

COMMUNITY BANK OF RAVENSWOOD
ACCT#: 8005
2300 W. LAWRENCE AVE
CHICAGO IL 60625

COMMUNITY BANK OF RAVENSWOOD
ACCT#: 8006
2300 W. LAWRENCE AVENUE
CHICAGO, IL  60625

COMMUNITY BANK OF RAVENSWOOD
ACCT#: 8008
2300 W. LAWRENCE
CHICAGO, IL

COSTCO
ACCT#: 3929
RETAIL SERVICES
PO BOX 15521
WILMINGTON, DE  19850-5521

CROSS COUNTRY BANK
ACCT#: 9071
PO BOX 310731
BOCA RATON, FL  33431-0731

DIRECT MERCHANTS BANK
ACCT#: 2876
CARDMEMBER SERVICES
PO BOX 21550
TULSA, OK  74121-1550

DIRECT TV
ACCT#: 5057
CUSTOMER SERVICE
PO BOX 70014
BOISE, ID  83707-0114

DISCOVER CARD
ACCT#: 1618
PO BOX 3008
NEW ALBANY, NY  43054-3008

FIRST NORTH AMERICAN NB
ACCT#: 9697
PO BOX 100044
KENNESAW, GA  30156-9244

GMAC
ACCT#: 4116
PO BOX 217060
AUBURN HILLS, MI  48321-7060

GREENPOINT MORTGAGE
ACCT#: 8433
PO BOX 908
NEWARK, NJ  07101-0908

HOME DEPOT
ACCT#: 1786
HOME DEPOT CREDIT SERVICES
PROCESSING CENTER
DES MOINES, IA  50364-0001

HOMEMAKERS
ACCT#: 1228
RETAIL SERVICES
PO BOX 15521
WILMINGTON, DE  19850-5521

HOUSEHOLD BANK GOLD
ACCT#: 3073
HOUSEHOLD CREDIT SERVICES
PO BOX 81622
SALINAS, CA  93912-1622

ILLINOIS DEPT. REVENUE
ACCT#: S #2
CENTRAL REGISTRATION OFFICE
PO BOX 19030
SPRINGFIELD, IL  62794-9030

JEFFREY GROSS
PRESIDENT, EVANSTON CAR RENTAL
112 ASBURY AVENUE
EVANSTON, IL  60202

JEFFREY STRANGE
717 RIDGE ROAD
SUITE 1A
WILMETTE, IL  60091

KAY JEWELERS
ACCT#: 1262
PO BOX 3680
AKRON, OH  44309

LOWE'S
ACCT#: 9886
CAPITAL ONE SERVICES
PO BOX 85015
RICHMOND, VA  23285-5015

MAHERI AHMED SHEHADEH
4042 W. LAWRENCE
CHICAGO, IL  60630

MARSHALL FIELD'S
ACCT#: 5-10
RETAILERS NATIONAL BANK
PO BOX 59231
MINNEAPOLIS, MN  55459-0231

MORE EQUITY
PO BOX 5110
CAROL STREAM, IL  60197-5110

NATIONAL WASTE
ACCT#: 9862
2608 S. DAMEN
CHICAGO, IL  60608

ORCHARD BANK
ACCT#: 1496
HOUSEHOLD CREDIT SERVICES
PO BOX 17051
BALTIMORE, MD  21297-1051

PATRICIA AMANEIRO
5701 N. CALIFORNIA
CHICAGO, IL  60659

PEOPLES GAS
ACCT#: 8523
HARRIS & HARRIS LTD
600 W. JACKSON SUITE 400
CHICAGO, IL  60661

SAMS CLUB
ACCT#: 3411
PO BOX 103036
ROSWELL, GA  30076

SHELL OIL
ACCT#: -802
PROCESSING CENTER
DES MOINES, IA  50367-0100

TARGET
ACCT#: 1247
RETAILERS NATIONAL BANK
PO BOX 59317
MINNEAPOLIS, MN  55459-0317

VALUE CITY
ACCT#: 0111
RETAIL SERVICES
PO BOX 15521
WILMINGTON, DE  19850-5521

VALVOLINE COMPANY
ACCT#: 5576
PO BOX 93263
CHICAGO, IL  60673-3263

WALMART
ACCT#: 1060
PO BOX 960023
ORLANDO, FL  32896