**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| AMANEIRO, EDUARDO | ) | |
| | ) | CASE NO. 04 B 11992 |
| | ) | |
| | ) | JUDGE JOHN H. SQUIRES |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above
captioned case has filed a Trustee's Final Report and final
applications for compensation.  A hearing will be held.

> At:  U.S. BANKRUPTCY COURT
>      219 South Dearborn, Courtroom 680
>      Chicago, Illinois 60604
>
> on:  January 8, 2007
> at:  10:00 a.m.

2.   The hearing will be held for the purpose of ruling on any
     objections to the Final Report, ruling on applications for
     compensation and expenses and any objections to the pending
     applications and transacting such other business as may be
     properly notices before the Court.  ATTENDANCE BY THE
     DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

     a. Receipts                                $    369,969.33

     b. Disbursements                           $    331,998.54

     c. Net Cash Available for Distribution$         37,970.79

4.   Applications for administration fees and expenses have been
     filed as follows:

| Applicant | | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|---|
| Trustee | $ | 0.00 | $ 21,748.47 | $ |

| Trustee | $ | 0.00 | $ | | $ | 676.86 |
| Trustee's Firm Legal | $ | 0.00 | $ | 5,000.00 | $ | |
| Trustee's Firm Legal | $ | 0.00 | $ | | $ | 1,406.84 |

5.   In addition to the fees and expenses of administration listed above as may be allowed by the Court, secured claims totaling $96,841.83 must be paid in full for there to be any dividend to priority or general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
| --- | --- | --- | --- |
| 1 | Morequity (paid in full from proceeds of sale) | 30,565.51 | 0.00 |
| 7 | Community Bank of Ravenswood (after surcharge to Trustee) | 66,276.32 | 9,138.62 |

6.   Claims of general unsecured creditors totaling $16,039.01, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be $0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
| --- | --- | --- | --- |
| | | | |

7.   Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.   The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.   Debtor has not been discharged.

10.  The Trustee proposed to abandon the following property at the hearing:

Dated:  December 12, 2006                   For the Court,

                              By:  KENNETH S GARDNER
                                   Kenneth S. Gardner
                                   Clerk of the United States Bankruptcy
                                   Court
                                   219 S. Dearborn Street, 7th Floor
                                   Chicago, IL  60604

# CERTIFICATE OF SERVICE

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

District/off: 0752-1          User: amcc7              Page 1 of 2              Date Rcvd: Dec 12, 2006
Case: 04-11992               Form ID: pdf002          Total Served: 61

The following entities were served by first class mail on Dec 14, 2006.
db      +Eduardo Amaneiro,   5604 N. Kedvale,   Chicago, IL 60646-6709
aty     +Barabara K Hamilton,   Becket & Lee LLP,   POB 35480,   Newark, NJ 07193-5480
aty     +David P Leibowitz,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
aty     +James M Philbrick,   Law Offices of Joel A Schechter,   53 W Jackson Blvd,   Suite 1025,
          Chicago, IL 60604-3650
aty     +Jeffrey Strange,   Jeffrey Strange & Associates,   717 Ridge Road,   Wilmette, IL 60091-2486
aty     +Laura Barrientos-DuVall,   Leibowitz Law Center,   420 W. Clayton St.,   Waukegan, IL 60085-4216
aty     +Rod Radjenovich,   717 Ridge Road,   Wilmette, IL 60091-2486
aty     +Tejal S. Patel,   Law Offices of Michael Murphy Tannen PC,   39 S. LaSalle Street,   Suite 905,
          Chicago, IL 60603-1242
tr      +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
7920881  AMERICAN EXPRESS,   PO BOX 5207,   FT. LAUDERDALE, FL 33310-5207
7920882 +ARROW UNIFORM,   6400 MONROE BLVD,   TAYLOR, MI 48180-1899
7920883  AUTOZONE,   C/O PRO CONSULTING SVC INC.,   PO BOX 66510,   HOUSTON, TX 77266-6510
8075482 +American Express Centurion Bank,   Becket and Lee LLP,   c/o Becket & Lee LLP,   POB 3001,
          Malvern, PA 19355-0701
7920884  BEST BUY,   RETAIL SERVICES,   PO BOX 17298,   BALTIMORE, MD 21297-1298
7920885  BOSE CORPORATION,   THE MOUNTAIN,   FRAMINGHAM, MA 01701-9168
7920886  BRINKS HOME SECURITY,   PO BOX 6604418,   DALLAS, TX 75266-0418
7920887  CAPITAL ONE MASTERCARD,   CAPITAL ONE SERVICES,   PO BOX 85015,   RICHMOND, VA 23285-5015
7920888  CAPITAL ONE VISA,   PO BOX 25131,   RICHMOND, VA 23276-0001
7920889  CARSON PIRIE SCOTT,   PO BOX 17633,   BALTIMORE, MD 21297-1633
7920890 +CITY OF CHICAGO,   121 N. LASALLE,   CHICAGO, IL 60602-1202
7920896 +COMMUNITY BANK OF RAVENSWOOD,   2300 W. LAWRENCE,   CHICAGO, IL 60625-1914
7920892 +COMMUNITY BANK OF RAVENSWOOD,   2300 W. LAWRENCE AVENUE,   CHICAGO, IL 60625-1914
7920891  COMMUNITY BANK OF RAVENSWOOD,   Attn: William Marquardsen,   2300 W Lawrence,
          Chicago, IL 60625-1914
7920897  COSTCO,   RETAIL SERVICES,   PO BOX 15521,   WILMINGTON, DE 19850-5521
7920898  CROSS COUNTRY BANK,   PO BOX 310731,   BOCA RATON, FL 33431-0731
9552615  Chase Bank, USA, NA,   Circuit City Visa Co-Brand Classic,   PO Box 100018,
          Kennesaw, GA 30156-9204
9579992 +Cross Country Bank,   Pob 17120,   Wilmington, DE 19850-7120
7920899  DIRECT MERCHANTS BANK,   CARDMEMBER SERVICES,   PO BOX 21550,   TULSA, OK 74121-1550
7920900  DIRECT TV,   CUSTOMER SERVICE,   PO BOX 70014,   BOISE, ID 83707-0114
7920902  FIRST NORTH AMERICAN NB,   PO BOX 100044,   KENNESAW, GA 30156-9244
7920903  GMAC,   PO BOX 217060,   AUBURN HILLS, MI 48321-7060
7920904  GREENPOINT MORTGAGE,   PO BOX 908,   NEWARK, NJ 07101-0908
7920905  HOME DEPOT,   HOME DEPOT CREDIT SERVICES,   PROCESSING CENTER,   DES MOINES, IA 50364-0001
7920906  HOMEMAKERS,   RETAIL SERVICES,   PO BOX 15521,   WILMINGTON, DE 19850-5521
7920907  HOUSEHOLD BANK GOLD,   HOUSEHOLD CREDIT SERVICES,   PO BOX 81622,   SALINAS, CA 93912-1622
7920908  ILLINOIS DEPT. REVENUE,   CENTRAL REGISTRATION OFFICE,   PO BOX 19030,
          SPRINGFIELD, IL 62794-9030
7920909 +JEFFREY GROSS,   PRESIDENT, EVANSTON CAR RENTAL,   112 ASBURY AVENUE,   EVANSTON, IL 60202-3893
7920910 +JEFFREY STRANGE,   717 RIDGE ROAD,   SUITE 1A,   WILMETTE, IL 60091-2487
7920911 +KAY JEWELERS,   PO BOX 3680,   AKRON, OH 44309-3680
7920912  LOWE'S,   CAPITAL ONE SERVICES,   PO BOX 85015,   RICHMOND, VA 23285-5015
7920913 +MAHERI AHMED SHEHADEH,   4042 W. LAWRENCE,   CHICAGO, IL 60630-2825
7920914  MARSHALL FIELD'S,   RETAILERS NATIONAL BANK,   PO BOX 59231,   MINNEAPOLIS, MN 55459-0231
7920915  MORE EQUITY,   PO BOX 5110,   CAROL STREAM, IL 60197-5110
9381672 +Morequity,   POB 3788,   Evansville, IN 47736-3788
7920916 +NATIONAL WASTE,   2608 S. DAMEN,   CHICAGO, IL 60608-5209
7920917  ORCHARD BANK,   HOUSEHOLD CREDIT SERVICES,   PO BOX 17051,   BALTIMORE, MD 21297-1051
7920918 +PATRICIA AMANEIRO,   5701 N. CALIFORNIA,   CHICAGO, IL 60659-4703
7920919 +PEOPLES GAS,   HARRIS & HARRIS LTD,   600 W. JACKSON SUITE 400,   CHICAGO, IL 60661-5623
9578461 +Recovery Management Systems Corporation,   For GE Money Bank,   DBA Walmart,
          25 S.E. 2nd Avenue, Suite 1120,   Miami, Florida 33131-1605
9578473 +Recovery Management Systems Corporation,   For GE Money Bank,   DBA Sam's Club,
          25 S.E. 2nd Avenue, Suite 1120,   Miami, Florida 33131-1605
7920920 +SAMS CLUB,   PO BOX 103036,   ROSWELL, GA 30076-9036
7920921 +SHELL OIL,   PROCESSING CENTER,   DES MOINES, IA 50367-0001
9463950 ++SMC,   PO BOX 19249,   SUGAR LAND TX 77496-9249
          (address filed with court: SMC,   c/o Carson Pirie Scott,   POB 19249,
          Sugar Land, TX 77496-9249)
7920922  TARGET,   RETAILERS NATIONAL BANK,   PO BOX 59317,   MINNEAPOLIS, MN 55459-0317
10501619 +Target National Bank,   fna Retailers National Bank Target Visa,   c/o Weinstein & Riley, P.S.,
          2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
7920923  VALUE CITY,   RETAIL SERVICES,   PO BOX 15521,   WILMINGTON, DE 19850-5521
7920924  VALVOLINE COMPANY,   PO BOX 93263,   CHICAGO, IL 60673-3263
7920925 +WALMART,   PO BOX 960023,   ORLANDO, FL 32896-0023
9401878  eCAST Settlement Corporation, assignee of,   Household Bank and its Assigns,   P.O. Box 35480,
          Newark, NJ 07193-5480

The following entities were served by electronic transmission on Dec 13, 2006.
7920901   E-mail/PDF: mrdiscen@discoverfinancial.com Dec 13 2006 11:01:04   DISCOVER CARD,   PO BOX 3008,
          NEW ALBANY, NY 43054-3008
9381818  +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 13 2006 11:01:04   Discover Bank,
          Discover Financial Services,   POB 8003,   Hilliard, OH 43026-8003
                                                                            TOTAL: 2

```
District/off: 0752-1          User: amcc7           Page 2 of 2          Date Rcvd: Dec 12, 2006
Case: 04-11992               Form ID: pdf002        Total Served: 61

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Kevin C Sul
cr           Greenpoint Mortgage Corp
br           Jill Halpern
7920895*     +COMMUNITY BANK OF RAVENSWOOD,   2300 W. LAWRENCE AVE,   CHICAGO IL 60625-1914
7920894*     +COMMUNITY BANK OF RAVENSWOOD,   2300 W. LAWRENCE AVE,   CHICAGO, IL 60625-1914
7920893*     +COMMUNITY BANK OF RAVENSWOOD,   2300 W. LAWRENCE AVENUE,   CHICAGO , IL 60625-1914
7920880*     +EDUARDO AMANEIRO,   5604 N. KEDVALE,   CHICAGO, IL 60646-6709
9450225*     +eCast Settlement Corporation assignee of,   Household Bank and its assigns,   POB 35480,
              Newark, NJ 07193-5480
                                                                          TOTALS: 3, * 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 14, 2006**                              **Signature:**