UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: AMANEIRO, EDUARDO | § Case No. 04-11992 |
| | § |
| | § |
| Debtor(s) | § |

**AMENDED TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on March 26, 2004. The undersigned trustee was appointed on March 26, 2004.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $     380,397.72

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 63,298.71 |
   | Payments to creditors | 306,694.73 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $     10,404.28 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

6. The deadline for filing claims in this case was 08/11/2005. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $21,748.47. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $21,748.47 as interim compensation and now requests the sum of $0.00, for a total compensation of $21,748.47. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $676.86 and now requests reimbursement for expenses of $0.00, for total expenses of $676.86.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/05/2010           By: /s/DAVID P. LEIBOWITZ
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 04-11992 | **Trustee:** | (330570) DAVID P. LEIBOWITZ |
| **Case Name:** AMANEIRO, EDUARDO | **Filed (f) or Converted (c):** | 03/26/04 (f) |
| | **§341(a) Meeting Date:** | 05/11/04 |
| **Period Ending:** 05/05/10 | **Claims Bar Date:** | 08/11/05 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE<br>    5604 N. Kedvale, Chicago | 340,000.00 | 0.00 | DA | 368,494.08 | FA |
| 2 | CASH ON HAND | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 500.00 | 3,500.00 | | 0.00 | FA |
| 4 | WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | STOCK AND BUSINESS INTERESTS<br>    Stock in American Lube | 500.00 | 300.00 | DA | 0.00 | 0.00 |
| 6 | STOCK AND BUSINESS INTERESTS<br>    Stock in Evanston Rent a Car | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | STOCK AND BUSINESS INTERESTS<br>    Stock in Fast Eddie's Red Hots | 400.00 | 400.00 | DA | 0.00 | 0.00 |
| 8 | STOCK AND BUSINESS INTERESTS<br>    Stock in Purple Cab Co. | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 9 | STOCK AND BUSINESS INTERESTS<br>    Stock in Purple Cab Two | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 10 | TAXI MEDALLIONS<br>    promissory notes on taxi medallions # 5200, 5018, 6266, 5117, 6272, 3222, 6209, 2801, 3215, 2715, 2744, 2827, 2919, 2883 | 30,000.00 | Unknown | | 0.00 | Unknown |
| 11 | AUTOMOBILES AND OTHER VEHICLES<br>    1955 Austin sedan<br>debtor took $5000 exemption under 735 ILCS 5/12-1001(c) | 5,000.00 | Unknown | DA | 0.00 | FA |
| 12 | AUTOMOBILES AND OTHER VEHICLES<br>    2003 Chevy Avalanche - purchaesed for Evanston Rent a Car - repossessed | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | AUTOMOBILES AND OTHER VEHICLES<br>    2002 Chevy Impala - repossessed | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | AUTOMOBILES AND OTHER VEHICLES<br>    2002 Chevy Blazer - repossessed | 10,000.00 | 0.00 | | 0.00 | FA |
| 15 | AUTOMOBILES AND OTHER VEHICLES<br>    2003 Cadillac CTS Sedan | 10,000.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-11992  
**Case Name:** AMANEIRO, EDUARDO  

**Trustee:** (330570) DAVID P. LEIBOWITZ  
**Filed (f) or Converted (c):** 03/26/04 (f)  
**§341(a) Meeting Date:** 05/11/04  

**Period Ending:** 05/05/10  
**Claims Bar Date:** 08/11/05  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | AUTOMOBILES AND OTHER VEHICLES<br>    2003 Chevy Avalanche - repossessed | 10,000.00 | 0.00 | | 0.00 | FA |
| 17 | AUTOMOBILES AND OTHER VEHICLES<br>    2 - 2003 Chevy Cavaliers - repossessed | 20,000.00 | 0.00 | | 0.00 | FA |
| 18 | AUTOMOBILES AND OTHER VEHICLES<br>    2003 Chevy Tahoe - repossessed | 10,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 19 | AUTOMOBILES AND OTHER VEHICLES<br>    2003 Chevy Trailblazer - repossessed | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 20 | OTHER PERSONAL PROPERTY | 500.00 | Unknown | DA | 0.00 | FA |
| 21 | Asset not originally scheduled (u)<br>    Per court order for damaged property and stolen goods from property of the estate. | 0.00 | 3,000.00 | DA | 975.89 | FA |
| 22 | Rent<br>    Rent to be paid by debtor for not vacating property. | 0.00 | 7,900.00 | | 10,400.00 | FA |
| 23 | Corporate Stock - Ideal Hand Car Wash  (See Footnote) | Unknown | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 503.64 | Unknown |
| 24 | Assets    Totals (Excluding unknown values) | $469,100.00 | $15,100.00 | | $380,373.61 | $0.00 |

RE PROP# 23    Waukegan Illinois just discovered 01/29/06 DPL

---

**Major Activities Affecting Case Closing:**

Motion for rule to show cause. 08/28/05  
Debtor really spells his name Ameneiro  
Operates car wash in Waukegan among other car wash businesses.  
LLINOIS HAND CAR WASH ENTERPRISES, INC.  File Number   64451243  
 Status  GOODSTANDING  
Entity Type    CORPORATION     Type of Corp   DOMESTIC BCA  
Incorporation Date (Domestic)  09/09/2005   State   ILLINOIS  
Agent Name    EDUARDO AMENEIRO      Agent Change Date    09/09/2005  
Agent Street Address   3026 W WASHINGTON ST  President Name & Address  
Agent City  WAUKEGAN      Secretary Name & Address  
Agent Zip   60085-0000      Duration Date   PERPETUAL  
Annual Report Filing Date  00/00/0000  For Year

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 04-11992  
**Case Name:** AMANEIRO, EDUARDO  

**Trustee:** (330570)   DAVID P. LEIBOWITZ  
**Filed (f) or Converted (c):** 03/26/04 (f)  
**§341(a) Meeting Date:** 05/11/04  

**Period Ending:** 05/05/10  
**Claims Bar Date:** 08/11/05

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

11/15/07- Case was closed  
2/17/09 case was reopen  
TFR sent to Tom for approval 02/23/10 mig

**Initial Projected Date Of Final Report (TFR):**   June 30, 2006        **Current Projected Date Of Final Report (TFR):**   January 8, 2007   (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 04-11992 | | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|---|
| Case Name: | AMANEIRO, EDUARDO | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****48-65 - Money Market Account |
| Taxpayer ID #: | **-***5809 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/05/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/16/05 | | Chicago Title & Trust Company | Property: 5604 N. Kedvale | | | 334,306.27 | | 334,306.27 |
| | {1} | Erika Anderson | Gross Sales Price | 367,000.00 | 1110-000 | | | 334,306.27 |
| | {1} | Erika Anderson | Per Diem incident to sale | 1,494.08 | 1110-000 | | | 334,306.27 |
| | | MAXIMUM REALTY GROUP | Earnest Money retained by Broker | -1,000.00 | 3510-000 | | | 334,306.27 |
| | | Warren Silver | Warren Silver - Cleanup of Property | -3,000.00 | 2420-000 | | | 334,306.27 |
| | | SCCS | Fee to SCCS | -50.00 | 2500-000 | | | 334,306.27 |
| | | Erika Ancerson | Tax proration 2004 | -2,646.74 | 2820-000 | | | 334,306.27 |
| | | Erika Anderson | 2005 Tax Proration | -3,164.01 | 2820-000 | | | 334,306.27 |
| | | MAXIMUM REALTY GROUP | | -10,010.00 | 3510-000 | | | 334,306.27 |
| | | David A. Weininger | title insurance | -708.75 | 2500-000 | | | 334,306.27 |
| | | David A Weininger | | -1,000.00 | 3210-600 | | | 334,306.27 |
| | | David A Weininger | | -286.06 | 3220-610 | | | 334,306.27 |
| | | Chicago Title Insurance | Title insurance | -363.75 | 2500-000 | | | 334,306.27 |
| | | Cook County Collector | transfer tax - county | -183.50 | 2820-000 | | | 334,306.27 |
| | | Illinois Department of Revenue | State Transfer Tax | -367.00 | 2820-000 | | | 334,306.27 |
| | | | Illinois Registration Fee | -3.00 | 2820-000 | | | 334,306.27 |
| | | Professional Survey | Survey | -395.00 | 2500-000 | | | 334,306.27 |
| | | | credit in lieu of brokers' commission per contract | -11,010.00 | 2500-000 | | | 334,306.27 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | | 1270-000 | 50.38 | | 334,356.65 |
| 09/30/05 | 1001 | Target Process Service, Inc. | Fee for process of service on Eduardo Amaneiro, M for Order to Set Hearing | | 3991-000 | | 85.00 | 334,271.65 |
| 10/19/05 | 1002 | MERS assignee of GreenPoint Mortgage | Principal balance for Greenpoint Mortgage | | 4110-000 | | 239,517.71 | 94,753.94 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | | 1270-000 | 145.19 | | 94,899.13 |
| 11/09/05 | 1003 | Morequity | Payoff of full second loan | | 4110-000 | | 30,565.51 | 64,333.62 |
| 11/09/05 | 1004 | MERS asignee of GreenPoint Mortgage | Payoff of first mortgage | | 4110-000 | | 27,598.78 | 36,734.84 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | | 1270-000 | 42.91 | | 36,777.75 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 23.85 | | 36,801.60 |
| 01/26/06 | {21} | Jeffrey Strange | Per court order for damaged property of the estate. | | 1249-000 | 1,000.00 | | 37,801.60 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | | 1270-000 | 20.73 | | 37,822.33 |
| 02/13/06 | 1005 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2006 FOR CASE #04-11992, Blanket Bond 02/01/06 - 02/01/07 | | 2300-003 | | 40.19 | 37,782.14 |

Subtotals :   $335,589.33   $297,807.19

{} Asset reference(s)

Printed: 05/05/2010 04:58 PM   V.12.08

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 04-11992 | | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|---|
| Case Name: | AMANEIRO, EDUARDO | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****48-65 - Money Market Account |
| Taxpayer ID #: | **-***5809 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 05/05/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | Voided on 02/13/06 | | | | |
| 02/13/06 | 1005 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2006 FOR CASE #04-11992, Blanket Bond 02/01/06 - 02/01/07 Voided: check issued on 02/13/06 | 2300-003 | | -40.19 | 37,822.33 |
| 02/13/06 | 1006 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/13/2006 FOR CASE #04-11992, Blanket Bond Payment 02/01/2006 - 02/01/2007 | 2300-000 | | 43.73 | 37,778.60 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 20.32 | | 37,798.92 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 22.49 | | 37,821.41 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 23.94 | | 37,845.35 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 25.72 | | 37,871.07 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 24.91 | | 37,895.98 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 25.76 | | 37,921.74 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 25.77 | | 37,947.51 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 24.11 | | 37,971.62 |
| 10/01/06 | Int | JPMORGAN CHASE BANK, N.A. | | 1270-000 | 23.28 | | 37,994.90 |
| 10/01/06 | | To Account #********4866 | | 9999-000 | | 37,970.79 | 24.11 |
| 11/08/06 | {21} | JP Morgan Chase Bank | Interest reverssal posted in error. | 1270-000 | -24.11 | | 0.00 |
| | | | ACCOUNT TOTALS | | 335,781.52 | 335,781.52 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 37,970.79 | |
| | | | Subtotal | | 335,781.52 | 297,810.73 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $335,781.52 | $297,810.73 | |

{} Asset reference(s)    Printed: 05/05/2010 04:58 PM    V.12.08

Case 04-11992    Doc 141    Filed 05/05/10    Entered 05/05/10 17:00:23    Desc Main
Document      Page 8 of 14

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 04-11992 | Trustee: | DAVID P. LEIBOWITZ (330570) |
| --- | --- | --- | --- |
| Case Name: | AMANEIRO, EDUARDO | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****48-66 - Checking Account |
| Taxpayer ID #: | **-***5809 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/05/10 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/01/06 | | From Account #********4865 | | 9999-000 | 37,970.79 | | 37,970.79 |
| 01/08/07 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $21,748.47, Trustee Compensation;  Reference: | 2100-000 | | 21,748.47 | 16,222.32 |
| 01/08/07 | 102 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $676.86, Trustee Expenses;  Reference: | 2200-000 | | 676.86 | 15,545.46 |
| 01/08/07 | 103 | LEIBOWITZ LAW CENTER | Dividend paid 100.00% on $5,000.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 5,000.00 | 10,545.46 |
| 01/08/07 | 104 | LEIBOWITZ LAW CENTER | Dividend paid 100.00% on $1,406.84, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 1,406.84 | 9,138.62 |
| 01/08/07 | 105 | Clerk of Court | Dividend paid 100.00% on $150.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 150.00 | 8,988.62 |
| 01/08/07 | 106 | COMMUNITY BANK OF RAVENSWOOD | Dividend paid  13.59% on $66,276.32; Claim# 7; Filed: $66,276.32; Reference: 5735408010 | 4110-000 | | 9,012.73 | -24.11 |
| 01/09/07 | | David P. Leibowitz Trustee | Reimburse estate for interest reversed by mistake. | 1290-000 | 24.11 | | 0.00 |
| | | | ACCOUNT TOTALS | | 37,994.90 | 37,994.90 | $0.00 |
| | | | Less: Bank Transfers | | 37,970.79 | 0.00 | |
| | | | Subtotal | | 24.11 | 37,994.90 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $24.11 | $37,994.90 | |

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 04-11992 | | **Trustee:** | DAVID P. LEIBOWITZ (330570) |
| **Case Name:** | AMANEIRO, EDUARDO | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****48-67 - Money Market Account |
| **Taxpayer ID #:** | **-***5809 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 05/05/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)     Printed: 05/05/2010 04:58 PM     V.12.08

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 04-11992 | | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|---|
| Case Name: | AMANEIRO, EDUARDO | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****48-68 - Money Market Account |
| Taxpayer ID #: | **-***5809 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 05/05/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/02/09 | {22} | Jeffrey Strange & Associates /Trust Account | | 1121-000 | 1,000.00 | | 1,000.00 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 1,000.03 |
| 05/01/09 | {22} | Eduardo Ameneiro | Per court order | 1121-000 | 500.00 | | 1,500.03 |
| 05/29/09 | {22} | Eduardo Ameneiro | Per court Order | 1121-000 | 500.00 | | 2,000.03 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 2,000.08 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 2,000.16 |
| 07/22/09 | {22} | George Roman | Purchase of 2008 Toyota Yaris | 1121-000 | 3,400.00 | | 5,400.16 |
| 07/22/09 | {22} | George Roman | Purchase of 2008 Toyota Yaris | 1121-000 | 5,000.00 | | 10,400.16 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 10,400.33 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 10,400.76 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,401.18 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,401.60 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 10,402.03 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 10,402.46 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 10,402.87 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 10,403.26 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.46 | | 10,403.72 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.07 | | 10,403.79 |
| 04/06/10 | | Wire out to BNYM account 9200******4868 | Wire out to BNYM account 9200******4868 | 9999-000 | -10,403.79 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -10,403.79 | 0.00 | |
| | | | **Subtotal** | | 10,403.79 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,403.79** | **$0.00** | |

{} Asset reference(s)

Printed: 05/05/2010 04:58 PM    V.12.08

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 04-11992 | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|
| Case Name: | AMANEIRO, EDUARDO | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******48-68 - Money Market Account |
| Taxpayer ID #: | **-***5809 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/05/10 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4868 | Wire in from JPMorgan Chase Bank, N.A. account ********4868 | 9999-000 | 10,403.79 | | 10,403.79 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.49 | | 10,404.28 |
| | | | ACCOUNT TOTALS | | 10,404.28 | 0.00 | $10,404.28 |
| | | | Less: Bank Transfers | | 10,403.79 | 0.00 | |
| | | | Subtotal | | 0.49 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.49 | $0.00 | |

Net Receipts :    346,209.91
Plus Gross Adjustments :    34,187.81
_____
Net Estate :    $380,397.72

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****48-65 | 335,781.52 | 297,810.73 | 0.00 |
| Checking # ***-*****48-66 | 24.11 | 37,994.90 | 0.00 |
| MMA # ***-*****48-67 | 0.00 | 0.00 | 0.00 |
| MMA # ***-*****48-68 | 10,403.79 | 0.00 | 0.00 |
| MMA # 9200-*****48-68 | 0.49 | 0.00 | 10,404.28 |
| | $346,209.91 | $335,805.63 | $10,404.28 |
| Bank Transfers | $37,970.79 | $37,970.79 | |

{} Asset reference(s)    Printed: 05/05/2010 04:58 PM    V.12.08

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 04-11992
Case Name: AMANEIRO, EDUARDO
Trustee Name: DAVID P. LEIBOWITZ

Claims of secured creditors will be paid as follows:

*Claimant*                                                      *Proposed Payment*
                          N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | | $ | $ |
| Attorney for trustee | LEIBOWITZ LAW CENTER | $ 3,000.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |
| Attorney for trustee | LEIBOWITZ LAW CENTER | $ 6,046.00 | $ 104.80 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*           *Fees*           *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 73,302.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 | Discover Bank | $ 6,134.23 | $ 104.90 |
| 3 | eCAST Settlement Corporation, assignee of | $ 1,900.71 | $ 32.50 |
| 4 | SMC | $ 569.28 | $ 9.73 |
| 5 | American Express Centurion Bank Becket and Lee LLP | $ 1,136.24 | $ 19.43 |
| 6 | Chase Bank, USA, NA | $ 3,203.60 | $ 54.78 |
| 8 | Recovery Management Systems Corporation For GE Money Bank | $ 109.16 | $ 1.87 |
| 9 | Recovery Management Systems Corporation For GE Money Bank | $ 389.38 | $ 6.66 |
| 10 | Cross Country Bank | $ 2,596.41 | $ 44.40 |
| | COMMUNITY BANK OF | | |

**UST Form 101-7-TFR (9/1/2009)**

   __7-A__      __RAVENSWOOD__      *$*   __57,263.59__    *$*    __979.21__

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                      *Allowed Amt. of Claim*   *Proposed Payment*

                                N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number*   *Claimant*                      *Allowed Amt. of Claim*   *Proposed Payment*

                                N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**