**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: AMANEIRO, EDUARDO | § Case No. 04-11992-JHS |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DAVID P. LEIBOWITZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 06/07/2010 in Courtroom 680, United States Courthouse,
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL  60604 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Date Mailed:  05/05/2010       By:  /s/DAVID P. LEIBOWITZ
                                            Trustee

DAVID P. LEIBOWITZ
420 W. Clayton Street
Waukegan, IL  60085-4216
(847) 249-9100
trustee@lakelaw.com

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: AMANEIRO, EDUARDO           § Case No. 04-11992-JHS
                                   §
                                   §
Debtor(s)                          §

**SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 380,397.72 |
| *and approved disbursements of* | $ 369,993.44 |
| *leaving a balance on hand of* [1] | $ 10,404.28 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | | $ | $ |
| *Attorney for trustee* | LEIBOWITZ LAW CENTER | $ 3,000.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |
| *Attorney for trustee* | LEIBOWITZ LAW CENTER | $ 6,046.00 | $ 104.80 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | $ | $ |
| Attorney for | $ | $ |
| Accountant for | $ | $ |
| Appraiser for | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                                   Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 73,302.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number    Claimant                                   Allowed Amt. of Claim    Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 2 | Discover Bank | $ 6,134.23 | $ 104.90 |
| 3 | eCAST Settlement Corporation, assignee of | $ 1,900.71 | $ 32.50 |
| 4 | SMC | $ 569.28 | $ 9.73 |
| 5 | American Express Centurion Bank Becket and Lee LLP | $ 1,136.24 | $ 19.43 |
| 6 | Chase Bank, USA, NA | $ 3,203.60 | $ 54.78 |
| 8 | Recovery Management Systems Corporation For GE Money Bank | $ 109.16 | $ 1.87 |
| 9 | Recovery Management Systems Corporation For GE Money Bank | $ 389.38 | $ 6.66 |
| 10 | Cross Country Bank | $ 2,596.41 | $ 44.40 |
| 7-A | COMMUNITY BANK OF RAVENSWOOD | $ 57,263.59 | $ 979.21 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                                    Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                                    Allowed Amt. of Claim    Proposed Payment*

N/A

**UST Form 101-7-NFR (9/1/2009)**

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/DAVID P. LEIBOWITZ
Trustee

DAVID P. LEIBOWITZ
420 W. Clayton Street
Waukegan, IL  60085-4216
(847) 249-9100
trustee@lakelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: mrahmoun              Page 1 of 2                    Date Rcvd: May 06, 2010
Case: 04-11992                 Form ID: pdf006             Total Noticed: 56

The following entities were noticed by first class mail on May 08, 2010.
db          +Eduardo Amaneiro,   5604 N. Kedvale,   Chicago, IL 60646-6709
aty         +Jeffrey Strange,   Jeffrey Strange & Associates,   717 Ridge Road,   Wilmette, IL 60091-2486
aty         +Rod Radjenovich,   717 Ridge Road,   Wilmette, IL 60091-2486
tr          +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
7920881      AMERICAN EXPRESS,   PO BOX 5207,   FT. LAUDERDALE, FL  33310-5207
9579992     ++APPLIED BANK,   PO BOX 15809,   WILMINGTON DE 19850-5809
             (address filed with court: Cross Country Bank,   Pob 17120,   Wilmington, DE 19850)
7920882     +ARROW UNIFORM,   6400 MONROE BLVD,   TAYLOR, MI 48180-1899
7920883      AUTOZONE,   C/O PRO CONSULTING SVC INC.,   PO BOX 66510,   HOUSTON, TX  77266-6510
8075482     +American Express Centurion Bank,   Becket and Lee LLP,   c/o Becket & Lee LLP,   POB 3001,
              Malvern, PA 19355-0701
7920884      BEST BUY,   RETAIL SERVICES,   PO BOX 17298,   BALTIMORE, MD  21297-1298
7920885      BOSE CORPORATION,   THE MOUNTAIN,   FRAMINGHAM, MA  01701-9168
7920886      BRINKS HOME SECURITY,   PO BOX 6604418,   DALLAS, TX  75266-0418
7920887      CAPITAL ONE MASTERCARD,   CAPITAL ONE SERVICES,   PO BOX 85015,   RICHMOND, VA  23285-5015
7920888      CAPITAL ONE VISA,   PO BOX 25131,   RICHMOND, VA  23276-0001
7920889      CARSON PIRIE SCOTT,   PO BOX 17633,   BALTIMORE, MD  21297-1633
7920890     +CITY OF CHICAGO,   121 N. LASALLE,   CHICAGO, IL 60602-1202
7920896     +COMMUNITY BANK OF RAVENSWOOD,   2300 W. LAWRENCE,   CHICAGO, IL 60625-1914
7920892     +COMMUNITY BANK OF RAVENSWOOD,   2300 W. LAWRENCE AVENUE,   CHICAGO, IL 60625-1914
7920891      COMMUNITY BANK OF RAVENSWOOD,   Attn: William Marquardsen,   2300 W Lawrence,
              Chicago, IL  60625-1914
7920897      COSTCO,   RETAIL SERVICES,   PO BOX 15521,   WILMINGTON, DE  19850-5521
7920898      CROSS COUNTRY BANK,   PO BOX 310731,   BOCA RATON, FL  33431-0731
9552615      Chase Bank, USA, NA,   Circuit City Visa Co-Brand Classic,   PO Box 100018,
              Kennesaw, GA 30156-9204
7920899      DIRECT MERCHANTS BANK,   CARDMEMBER SERVICES,   PO BOX 21550,   TULSA, OK  74121-1550
7920900     ++DIRECTV CUSTOMER SERVICE,   ATTN BANKRUPTCY CLAIMS,   PO BOX 6550,
              GREENWOOD VILLAGE CO 80155-6550
             (address filed with court: DIRECT TV,   CUSTOMER SERVICE,   PO BOX 70014,
              BOISE, ID  83707-0114)
7920902      FIRST NORTH AMERICAN NB,   PO BOX 100044,   KENNESAW, GA  30156-9244
7920903     +GMAC,   PO BOX 217060,   AUBURN HILLS, MI 48321
7920904     +GREENPOINT MORTGAGE,   PO BOX 908,   NEWARK, NJ 07101
7920905      HOME DEPOT,   HOME DEPOT CREDIT SERVICES,   PROCESSING CENTER,   DES MOINES, IA  50364-0001
7920906      HOMEMAKERS,   RETAIL SERVICES,   PO BOX 15521,   WILMINGTON, DE  19850-5521
7920907      HOUSEHOLD BANK GOLD,   HOUSEHOLD CREDIT SERVICES,   PO BOX 81622,   SALINAS, CA  93912-1622
7920908      ILLINOIS DEPT. REVENUE,   CENTRAL REGISTRATION OFFICE,   PO BOX 19030,
              SPRINGFIELD, IL  62794-9030
7920909     +JEFFREY GROSS,   PRESIDENT, EVANSTON CAR RENTAL,   112 ASBURY AVENUE,   EVANSTON, IL 60202-3893
7920910     +JEFFREY STRANGE,   717 RIDGE ROAD,   SUITE 1A,   WILMETTE, IL 60091-2487
7920911     +KAY JEWELERS,   PO BOX 3680,   AKRON, OH 44309-3680
7920913     +MAHERI AHMED SHEHADEH,   4042 W. LAWRENCE,   CHICAGO, IL 60630-2825
7920914      MARSHALL FIELD'S,   RETAILERS NATIONAL BANK,   PO BOX 59231,   MINNEAPOLIS, MN  55459-0231
7920915      MORE EQUITY,   PO BOX 5110,   CAROL STREAM, IL  60197-5110
9381672     +Morequity,   POB 3788,   Evansville, IN 47736-3788
7920916     +NATIONAL WASTE,   2608 S. DAMEN,   CHICAGO, IL 60608-5209
7920917      ORCHARD BANK,   HOUSEHOLD CREDIT SERVICES,   PO BOX 17051,   BALTIMORE, MD  21297-1051
7920918     +PATRICIA AMANEIRO,   5701 N. CALIFORNIA,   CHICAGO, IL 60659-4703
7920919     +PEOPLES GAS,   HARRIS & HARRIS LTD,   600 W. JACKSON SUITE 400,   CHICAGO, IL 60661-5675
7920921      SHELL OIL,   PROCESSING CENTER,   DES MOINES, IA  50367-0100
9463950     ++SMC,   PO BOX 19249,   SUGAR LAND TX 77496-9249
             (address filed with court: SMC,   c/o Carson Pirie Scott,   POB 19249,   Sugar Land, TX  77496)
7920922      TARGET,   RETAILERS NATIONAL BANK,   PO BOX 59317,   MINNEAPOLIS, MN  55459-0317
10501619    +Target National Bank,   fna Retailers National Bank Target Visa,   c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
7920923      VALUE CITY,   RETAIL SERVICES,   PO BOX 15521,   WILMINGTON, DE  19850-5521
7920924      VALVOLINE COMPANY,   PO BOX 93263,   CHICAGO, IL  60673-3263
9401878      eCAST Settlement Corporation, assignee of,   Household Bank and its Assigns,   P.O. Box 35480,
              Newark, NJ  07193-5480

The following entities were noticed by electronic transmission on May 06, 2010.
7920901      E-mail/PDF: mrdiscen@discoverfinancial.com May 07 2010 00:00:33     DISCOVER CARD,   PO BOX 3008,
              NEW ALBANY, NY  43054-3008
9381818      E-mail/PDF: mrdiscen@discoverfinancial.com May 07 2010 00:00:33     Discover Bank,
              Discover Financial Services,   POB 8003,   Hilliard, OH  43026
7920912      E-mail/PDF: gecsedi@recoverycorp.com May 07 2010 00:05:46      LOWE'S,   CAPITAL ONE SERVICES,
              PO BOX 85015,   RICHMOND, VA  23285-5015
9578461     +E-mail/PDF: rmscedi@recoverycorp.com May 07 2010 00:05:46
              Recovery Management Systems Corporation,   For GE Money Bank,   DBA Walmart,
              25 S.E. 2nd Avenue, Suite 1120,   Miami, Florida 33131-1605
9578473     +E-mail/PDF: rmscedi@recoverycorp.com May 07 2010 00:05:46
              Recovery Management Systems Corporation,   For GE Money Bank,   DBA Sam's Club,
              25 S.E. 2nd Avenue, Suite 1120,   Miami, Florida 33131-1605
7920920      E-mail/PDF: gecsedi@recoverycorp.com May 07 2010 00:05:46     SAMS CLUB,   PO BOX 103036,
              ROSWELL, GA  30076
7920925     +E-mail/PDF: gecsedi@recoverycorp.com May 07 2010 00:05:45      WALMART,   PO BOX 960023,
              ORLANDO, FL 32896-0023
                                                                                              TOTAL: 7
```

```
District/off: 0752-1          User: mrahmoun              Page 2 of 2                Date Rcvd: May 06, 2010
Case: 04-11992                Form ID: pdf006             Total Noticed: 56

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty            Kevin C Sul
 aty*          +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
 7920895*      +COMMUNITY BANK OF RAVENSWOOD,   2300 W. LAWRENCE AVE,   CHICAGO IL 60625-1914
 7920894*      +COMMUNITY BANK OF RAVENSWOOD,   2300 W. LAWRENCE AVE,   CHICAGO, IL 60625-1914
 7920893*      +COMMUNITY BANK OF RAVENSWOOD,   2300 W. LAWRENCE AVENUE,   CHICAGO , IL 60625-1914
 7920880*      +EDUARDO AMANEIRO,   5604 N. KEDVALE,   CHICAGO, IL 60646-6709
 9450225*      +eCast Settlement Corporation assignee of,   Household Bank and its assigns,   POB 35480,
                 Newark, NJ 07193-5480
                                                                                              TOTALS: 1, * 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 08, 2010**                    **Signature:**       *Joseph Speetjens*