**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 04-11992-JHS |
| | § | |
| EDUARDO AMANEIRO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | | |
|---|---|---|---|---|
| Assets Abandoned: | $388,600.00 | | Assets Exempt: | $11,400.00 |
| Total Distributions to Claimants: | $307,948.99 | | Claims Discharged Without Payment: | $160,205.75 |
| Total Expenses of Administration: | $72,449.51 | | | |

3) Total gross receipts of $380,398.50 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $380,398.50 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,603,188.35 | $359,816.83 | $306,694.73 | $306,694.73 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $78,495.51 | $72,449.51 | $72,449.51 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $103,823.90 | $73,302.60 | $73,302.60 | $1,254.26 |
| **Total Disbursements** | $1,707,012.25 | $511,614.94 | $452,446.84 | $380,398.50 |

4). This case was originally filed under chapter 7 on 03/26/2004. The case was pending for 43 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/17/2010        By:  /s/ David P. Leibowitz
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| REAL ESTATE | 1110-000 | $368,494.08 |
| Rent | 1121-000 | $10,400.00 |
| Asset not originally scheduled | 1249-000 | $975.89 |
| Interest Earned | 1270-000 | $504.42 |
| **TOTAL GROSS RECEIPTS** | | **$380,374.39** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Community Bank of Ravenswood | 4110-000 | $25,000.00 | NA | $0.00 | $0.00 |
| Community Bank of Ravenswood | 4110-000 | $20,000.00 | NA | $0.00 | $0.00 |
| COMMUNITY BANK OF RAVENSWOOD | 4110-000 | $65,000.00 | $66,276.32 | $9,012.73 | $9,012.73 |
| Greenpoint Mortgage | 4110-000 | $244,000.00 | NA | $0.00 | $0.00 |
| MERS asignee of GreenPoint Mortgage | 4110-000 | NA | $27,598.78 | $27,598.78 | $27,598.78 |
| MERS assignee of GreenPoint Mortgage | 4110-000 | NA | $239,517.71 | $239,517.71 | $239,517.71 |
| Morequity | 4110-000 | $27,000.00 | $26,424.02 | $30,565.51 | $30,565.51 |
| Community Bank of Ravenswood | 4210-000 | $32,325.46 | NA | $0.00 | $0.00 |
| Community Bank of Ravenswood | 4210-000 | $13,964.00 | NA | $0.00 | $0.00 |
| Community Bank of Ravenswood | 4210-000 | $15,000.00 | NA | $0.00 | $0.00 |
| Community Bank of Ravenswood | 4210-000 | $64,000.00 | NA | $0.00 | $0.00 |
| Community Bank of Ravenswood | 4210-000 | $21,226.91 | NA | $0.00 | $0.00 |
| Community Bank of Ravenswood | 4210-000 | $32,248.43 | NA | $0.00 | $0.00 |
| Community Bank of Ravenswood | 4210-000 | $27,259.81 | NA | $0.00 | $0.00 |
| Community Bank of | 4210-000 | $38,876.72 | NA | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| Payee | Uniform Tran.Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Ravenswood Community Bank of Ravenswood | 4210-000 | $15,424.50 | NA | $0.00 | $0.00 |
| Community Bank of Ravenswood | 4210-000 | $79,248.89 | NA | $0.00 | $0.00 |
| Community Bank of Ravenswood | 4210-000 | $422,150.63 | NA | $0.00 | $0.00 |
| Community Bank of Ravenswood | 4210-000 | $55,813.00 | NA | $0.00 | $0.00 |
| Community Bank of Ravenswood | 4210-000 | $381,350.00 | NA | $0.00 | $0.00 |
| GMAC | 4210-000 | $20,000.00 | NA | $0.00 | $0.00 |
| Maheri Abmed Shahadah | 4210-000 | $3,300.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | **$1,603,188.35** | **$359,816.83** | **$306,694.73** | **$306,694.73** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $21,748.47 | $21,748.47 | $21,748.47 |
| DAVID P. LEIBOWITZ, Trustee | 2200-000 | NA | $676.86 | $676.86 | $676.86 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $43.73 | $43.73 | $43.73 |
| Warren Silver Warren Silver - Cleanup of Property pursuant to contract | 2420-000 | NA | $3,000.00 | $3,000.00 | $3,000.00 |
| Chicago Title Insurance Title insurance | 2500-000 | NA | $363.75 | $363.75 | $363.75 |
| credit in lieu of brokers' commission per contract | 2500-000 | NA | $11,010.00 | $11,010.00 | $11,010.00 |
| David A. Weininger title insurance | 2500-000 | NA | $708.75 | $708.75 | $708.75 |
| Professional Survey Survey | 2500-000 | NA | $395.00 | $395.00 | $395.00 |
| SCCS Fee to SCCS | 2500-000 | NA | $50.00 | $50.00 | $50.00 |
| Clerk of Court | 2700-000 | NA | $150.00 | $150.00 | $150.00 |
| Cook County Collector transfer tax - county | 2820-000 | NA | $183.50 | $183.50 | $183.50 |
| Erika Ancerson Tax proration 2004 | 2820-000 | NA | $2,646.74 | $2,646.74 | $2,646.74 |
| Erika Anderson 2005 Tax Proration | 2820-000 | NA | $3,164.01 | $3,164.01 | $3,164.01 |
| Illinois Department of | 2820-000 | NA | $367.00 | $367.00 | $367.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Revenue State Transfer Tax | | | | | |
| Illinois Registration Fee | 2820-000 | NA | $3.00 | $3.00 | $3.00 |
| LEIBOWITZ LAW CENTER, Attorney for Trustee | 3110-000 | NA | $20,092.00 | $14,046.00 | $14,046.00 |
| LEIBOWITZ LAW CENTER, Attorney for Trustee | 3120-000 | NA | $1,511.64 | $1,511.64 | $1,511.64 |
| David A Weininger, Special Counsel for Trustee | 3210-600 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| David A Weininger, Special Counsel for Trustee | 3220-610 | NA | $286.06 | $286.06 | $286.06 |
| MAXIMUM REALTY GROUP, Realtor for Trustee | 3510-000 | NA | $10,010.00 | $10,010.00 | $10,010.00 |
| MAXIMUM REALTY GROUP Earnest Money retained by Broker, Realtor for Trustee | 3510-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Target Process Service, Inc., Other Professional | 3991-000 | NA | $85.00 | $85.00 | $85.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$78,495.51** | **$72,449.51** | **$72,449.51** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue | 5800-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Express Centurion Bank Becket and Lee LLP | 7100-000 | $1,097.25 | $1,136.24 | $1,136.24 | $19.44 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Arrow Uniform | 7100-000 | $0.00 | NA | NA | $0.00 |
| Autozone | 7100-000 | $352.04 | NA | NA | $0.00 |
| Best Buy | 7100-000 | $2,012.00 | NA | NA | $0.00 |
| Bose Corporation | 7100-000 | $0.00 | NA | NA | $0.00 |
| Brinks Home Security | 7100-000 | $312.00 | NA | NA | $0.00 |
| Capital One Mastercard | 7100-000 | $745.00 | NA | NA | $0.00 |
| Capital One Visa | 7100-000 | $990.24 | NA | NA | $0.00 |
| Chase Bank, USA, NA | 7100-000 | $3,094.68 | $3,203.60 | $3,203.60 | $54.82 |
| City of Chicago | 7100-000 | $7,500.00 | NA | NA | $0.00 |
| Community Bank of Ravenswood | 7100-000 | $39,130.51 | NA | NA | $0.00 |
| Community Bank of Ravenswood | 7100-000 | $19,792.81 | NA | NA | $0.00 |
| COMMUNITY BANK OF RAVENSWOOD | 7100-000 | NA | $57,263.59 | $57,263.59 | $979.82 |
| Costco | 7100-000 | $1,982.89 | NA | NA | $0.00 |
| Cross Country Bank | 7100-000 | $2,276.96 | $2,596.41 | $2,596.41 | $44.43 |
| Direct Merchants Bank | 7100-000 | $122.29 | NA | NA | $0.00 |
| Direct TV | 7100-000 | $67.98 | NA | NA | $0.00 |
| Discover Bank | 7100-000 | $6,140.00 | $6,134.23 | $6,134.23 | $104.96 |
| eCAST Settlement Corporation, assignee of | 7100-000 | $2,122.00 | $1,900.71 | $1,900.71 | $32.52 |
| Home Depot | 7100-000 | $3,243.92 | NA | NA | $0.00 |
| Homemakers | 7100-000 | $2,908.69 | NA | NA | $0.00 |
| Kay Jewelrs | 7100-000 | $157.40 | NA | NA | $0.00 |
| Lowe's/Capital One Services | 7100-000 | $461.59 | NA | NA | $0.00 |
| Marshall Fields | 7100-000 | $549.28 | NA | NA | $0.00 |
| National Waste | 7100-000 | $130.00 | NA | NA | $0.00 |
| Orchard Bank | 7100-000 | $2,050.00 | NA | NA | $0.00 |
| Peoples Gas | 7100-000 | $2,500.00 | NA | NA | $0.00 |
| Recovery Management Systems Corporation For GE Money Bank | 7100-000 | $142.60 | $109.16 | $109.16 | $1.87 |
| Recovery Management Systems Corporation For GE Money Bank | 7100-000 | $291.00 | $389.38 | $389.38 | $6.66 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Shell Oil | 7100-000 | $190.00 | NA | NA | $0.00 |
| SMC | 7100-000 | $502.00 | $569.28 | $569.28 | $9.74 |
| Target | 7100-000 | $2,160.00 | NA | NA | $0.00 |
| Value City | 7100-000 | $311.77 | NA | NA | $0.00 |
| Valvoline Company | 7100-000 | $487.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $103,823.90 | $73,302.60 | $73,302.60 | $1,254.26 |

**UST Form 101-7-TDR (9/1/2009)**

Case 04-11992 Doc 148 Filed 09/22/10 Entered 09/22/10 13:25:19 Desc Main
Document Page 8 of 20

**FORM 1**

Page No: 1

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 04-11992-JHS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | AMANEIRO, EDUARDO | | Date Filed (f) or Converted (c): | 03/26/2004 (f) |
| For the Period Ending: | 9/17/2010 | | §341(a) Meeting Date: | 05/11/2004 |
| | | | Claims Bar Date: | 08/11/2005 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1 REAL ESTATE | $340,000.00 | $0.00 | DA | $368,494.08 | FA |
| **Asset Notes:** 5604 N. Kedvale, Chicago | | | | | |
| 2 CASH ON HAND | $200.00 | $0.00 | DA | $0.00 | FA |
| 3 HOUSEHOLD GOODS AND FURNISHINGS | $500.00 | $3,500.00 | | $0.00 | FA |
| 4 WEARING APPAREL | $500.00 | $0.00 | DA | $0.00 | FA |
| 5 STOCK AND BUSINESS INTERESTS | $500.00 | $300.00 | DA | $0.00 | FA |
| **Asset Notes:** Stock in American Lube | | | | | |
| 6 STOCK AND BUSINESS INTERESTS | $500.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Stock in Evanston Rent a Car | | | | | |
| 7 STOCK AND BUSINESS INTERESTS | $400.00 | $400.00 | DA | $0.00 | FA |
| **Asset Notes:** Stock in Fast Eddie's Red Hots | | | | | |
| 8 STOCK AND BUSINESS INTERESTS | $500.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Stock in Purple Cab Co. | | | | | |
| 9 STOCK AND BUSINESS INTERESTS | $500.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Stock in Purple Cab Two | | | | | |
| 10 TAXI MEDALLIONS | $30,000.00 | Unknown | | $0.00 | Unknown |
| **Asset Notes:** promissory notes on taxi medallions # 5200, 5018, 6266, 5117, 6272, 3222, 6209, 2801, 3215, 2715, 2744, 2827, 2919, 2883 | | | | | |
| 11 AUTOMOBILES AND OTHER VEHICLES | $5,000.00 | Unknown | DA | $0.00 | FA |
| **Asset Notes:** 1955 Austin sedan debtor took $5000 exemption under 735 ILCS 5/12-1001(c) | | | | | |
| 12 AUTOMOBILES AND OTHER VEHICLES | $10,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** 2003 Chevy Avalanche - purchaesed for Evanston Rent a Car - repossessed | | | | | |
| 13 AUTOMOBILES AND OTHER VEHICLES | $10,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** 2002 Chevy Impala - repossessed | | | | | |
| 14 AUTOMOBILES AND OTHER VEHICLES | $10,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** 2002 Chevy Blazer - repossessed | | | | | |
| 15 AUTOMOBILES AND OTHER VEHICLES | $10,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** 2003 Cadillac CTS Sedan | | | | | |
| 16 AUTOMOBILES AND OTHER VEHICLES | $10,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** 2003 Chevy Avalanche - repossessed | | | | | |
| 17 AUTOMOBILES AND OTHER VEHICLES | $20,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** 2 - 2003 Chevy Cavaliers - repossessed | | | | | |

Case 04-11992   Doc 148   Filed 09/22/10   Entered 09/22/10 13:25:19   Desc Main
Document      Page 9 of 20

FORM 1

Page No: 2

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 04-11992-JHS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | AMANEIRO, EDUARDO | | Date Filed (f) or Converted (c): | 03/26/2004 (f) |
| For the Period Ending: | 9/17/2010 | | §341(a) Meeting Date: | 05/11/2004 |
| | | | Claims Bar Date: | 08/11/2005 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 18  AUTOMOBILES AND OTHER VEHICLES | $10,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:**  2003 Chevy Tahoe - repossessed | | | | | |
| 19  AUTOMOBILES AND OTHER VEHICLES | $10,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:**  2003 Chevy Trailblazer - repossessed | | | | | |
| 20  OTHER PERSONAL PROPERTY | $500.00 | Unknown | DA | $0.00 | FA |
| 21  Asset not originally scheduled   (u) | $0.00 | $3,000.00 | DA | $975.89 | FA |
| **Asset Notes:**  Per court order for damaged property and stolen goods from property of the estate. | | | | | |
| 22  Rent | $0.00 | $7,900.00 | | $10,400.00 | FA |
| **Asset Notes:**  Rent to be paid by debtor for not vacating property. | | | | | |
| 23  Corporate Stock - Ideal Hand Car Wash | Unknown | $0.00 | DA | $0.00 | FA |
| **Asset Notes:**  Waukegan Illinois just discovered 01/29/06 DPL | | | | | |
| INT  Interest Earned   (u) | Unknown | Unknown | | $504.42 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                 **Gross Value of Remaining Assets**

$469,100.00         $15,100.00                                                    $380,374.39                $0.00

**Major Activities affecting case closing:**

    Motion for rule to show cause. 08/28/05

    Debtor really spells his name Ameneiro

    Operates car wash in Waukegan among other car wash businesses.

    LLINOIS HAND CAR WASH ENTERPRISES, INC.          File Number    64451243

    Status    GOODSTANDING

    Entity Type    CORPORATION    Type of Corp    DOMESTIC BCA

    Incorporation Date (Domestic)    09/09/2005    State    ILLINOIS

    Agent Name    EDUARDO AMENEIRO    Agent Change Date    09/09/2005

    Agent Street Address    3026 W WASHINGTON ST    President Name & Address

    Agent City    WAUKEGAN    Secretary Name & Address

    Agent Zip    60085-0000    Duration Date    PERPETUAL

    Annual Report Filing Date    00/00/0000    For Year

    11/15/07- Case was closed  2/17/09 case was reopen  TFR sent to Tom for approval 02/23/10 mig

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 06/30/2006 |
| **Current Projected Date Of Final Report (TFR):** | 01/08/2007 |

Page No: 1
FORM 2
Case 04-11992 Doc 148 Filed 09/22/10 Entered 09/22/10 13:25:19 Desc Main
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document Page 10 of 20
Exhibit 9

| Case No. | 04-11992-JHS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | AMANEIRO, EDUARDO | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******5809 | | Money Market Acct #: | ******4868 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 3/26/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/17/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********4868 | 9999-000 | $10,403.79 | | $10,403.79 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.49 | | $10,404.28 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.62 | | $10,404.90 |
| 06/09/2010 | (INT) | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | $0.16 | | $10,405.06 |
| 06/09/2010 | | To Account #**********4869 | In preparation of distribution | 9999-000 | | $10,405.06 | $0.00 |
| | | | **TOTALS:** | | $10,405.06 | $10,405.06 | $0.00 |
| | | | Less: Bank transfers/CDs | | $10,403.79 | $10,405.06 | |
| | | | **Subtotal** | | $1.27 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $1.27 | $0.00 | |

| For the period of 3/26/2004 to 9/17/2010 | | For the entire history of the account between 04/06/2010 to 9/17/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $1.27 | Total Compensable Receipts: | $1.27 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1.27 | Total Comp/Non Comp Receipts: | $1.27 |
| Total Internal/Transfer Receipts: | $10,403.79 | Total Internal/Transfer Receipts: | $10,403.79 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $10,405.06 | Total Internal/Transfer Disbursements: | $10,405.06 |

**FORM 2**

Page No: 2

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-11992-JHS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | AMANEIRO, EDUARDO | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******5809 | | Checking Acct #: | ******4869 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 3/26/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/17/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/09/2010 | | From Account #**********4868 | In preparation of distribution | 9999-000 | $10,405.06 | | $10,405.06 |
| 06/09/2010 | 101 | LEIBOWITZ LAW CENTER | Dividend paid 100.00% on $104.80, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | $104.80 | $10,300.26 |
| 06/09/2010 | 102 | LEIBOWITZ LAW CENTER | Dividend paid 100.00% on $6,046.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | $6,046.00 | $4,254.26 |
| 06/09/2010 | 103 | LEIBOWITZ LAW CENTER | Dividend paid 100.00% on $3,000.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | $3,000.00 | $1,254.26 |
| 06/09/2010 | 104 | Discover Bank | Dividend paid 1.71% on $6,134.23; Claim# 2; Filed: $6,134.23; Reference: 6011 2986 8839 1618 | 7100-000 | | $104.96 | $1,149.30 |
| 06/09/2010 | 105 | eCAST Settlement Corporation, assignee of | Dividend paid 1.71% on $1,900.71; Claim# 3; Filed: $1,900.71; Reference: XXXXXXXXXXXX1496 | 7100-000 | | $32.52 | $1,116.78 |
| 06/09/2010 | 106 | SMC | Dividend paid 1.71% on $569.28; Claim# 4; Filed: $569.28; Reference: 130-10696103013 | 7100-000 | | $9.74 | $1,107.04 |
| 06/09/2010 | 107 | American Express Centurion Bank Becket and | Dividend paid 1.71% on $1,136.24; Claim# 5; Filed: $1,136.24; Reference: XXXXXXXXXXXX1008 | 7100-000 | | $19.44 | $1,087.60 |
| 06/09/2010 | 108 | Chase Bank, USA, NA | Dividend paid 1.71% on $3,203.60; Claim# 6; Filed: $3,203.60; Reference: 4104130007209697 | 7100-000 | | $54.82 | $1,032.78 |
| 06/09/2010 | 109 | Recovery Management Systems Corporation For | Dividend paid 1.71% on $389.38; Claim# 9; Filed: $389.38; Reference: XXXXXXXXXXXX3411 | 7100-000 | | $6.66 | $1,026.12 |
| 06/09/2010 | 110 | Cross Country Bank | Dividend paid 1.71% on $2,596.41; Claim# 10; Filed: $2,596.41; Reference: 4227 0973 7242 9071 | 7100-000 | | $44.43 | $981.69 |
| 06/09/2010 | 111 | COMMUNITY BANK OF RAVENSWOOD | Dividend paid 1.71% on $57,263.59; Claim# 7-A; Filed: $57,263.59; Reference: 5735408010 | 7100-000 | | $979.82 | $1.87 |
| 06/09/2010 | 112 | Clerk, U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | $1.87 | $0.00 |

**SUBTOTALS**  $10,405.06  $10,405.06

**FORM 2**

Page No: 3

Exhibit 9

Case 04-11992   Doc 148   Filed 09/22/10   Entered 09/22/10 13:25:19   Desc Main
Document   Page 12 of 20

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 04-11992-JHS | |
| **Case Name:** | AMANEIRO, EDUARDO | |
| **Primary Taxpayer ID #:** | ******5809 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 3/26/2004 | |
| **For Period Ending:** | 9/17/2010 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | The Bank of New York Mellon |
| **Checking Acct #:** | ******4869 |
| **Account Title:** | Checking Account |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $10,405.06 | $10,405.06 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $10,405.06 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $10,405.06 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $10,405.06 | |

**For the period of 3/26/2004 to 9/17/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $10,405.06 |
| | |
| Total Compensable Disbursements: | $10,405.06 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,405.06 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/08/2010 to 9/17/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $10,405.06 |
| | |
| Total Compensable Disbursements: | $10,405.06 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,405.06 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 4
Case 04-11992   Doc 148   Filed 09/22/10   Entered 09/22/10 13:25:19   Desc Main
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document      Page 13 of 20
Exhibit 9

| Case No. | 04-11992-JHS | | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- | --- |
| Case Name: | AMANEIRO, EDUARDO | | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******5809 | | | Money Market Acct #: | ******4865 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Money Market Account |
| For Period Beginning: | 3/26/2004 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/17/2010 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/16/2005 | | Chicago Title & Trust Company | Property: 5604 N. Kedvale | | * | $334,306.27 | | $334,306.27 |
| | {1} | | Erika Anderson Gross Sales Price | $367,000.00 | 1110-000 | | | $334,306.27 |
| | {1} | | Erika Anderson Per Diem incident to sale | $1,494.08 | 1110-000 | | | $334,306.27 |
| | | | MAXIMUM REALTY GROUP Earnest Money retained by Broker | $(1,000.00) | 3510-000 | | | $334,306.27 |
| | | | Warren Silver Warren Silver - Cleanup of Property pursuant to contract | $(3,000.00) | 2420-000 | | | $334,306.27 |
| | | | SCCS Fee to SCCS | $(50.00) | 2500-000 | | | $334,306.27 |
| | | | Erika Ancerson Tax proration 2004 | $(2,646.74) | 2820-000 | | | $334,306.27 |
| | | | Erika Anderson 2005 Tax Proration | $(3,164.01) | 2820-000 | | | $334,306.27 |
| | | | MAXIMUM REALTY GROUP | $(10,010.00) | 3510-000 | | | $334,306.27 |
| | | | David A. Weininger title insurance | $(708.75) | 2500-000 | | | $334,306.27 |
| | | | David A Weininger | $(1,000.00) | 3210-600 | | | $334,306.27 |
| | | | David A Weininger | $(286.06) | 3220-610 | | | $334,306.27 |
| | | | Chicago Title Insurance Title insurance | $(363.75) | 2500-000 | | | $334,306.27 |
| | | | Cook County Collector transfer tax - county | $(183.50) | 2820-000 | | | $334,306.27 |
| | | | Illinois Department of Revenue State Transfer Tax | $(367.00) | 2820-000 | | | $334,306.27 |
| | | | Illinois Registration Fee | $(3.00) | 2820-000 | | | $334,306.27 |
| | | | Professional Survey Survey | $(395.00) | 2500-000 | | | $334,306.27 |
| | | | credit in lieu of brokers' commission per contract | $(11,010.00) | 2500-000 | | | $334,306.27 |
| 09/30/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | | 1270-000 | $50.38 | | $334,356.65 |
| 09/30/2005 | 1001 | Target Process Service, Inc. | Fee for process of service on Eduardo Amaneiro, M for Order to Set Hearing | | 3991-000 | | $85.00 | $334,271.65 |
| 10/19/2005 | 1002 | MERS assignee of GreenPoint Mortgage | Principal balance for Greenpoint Mortgage | | 4110-000 | | $239,517.71 | $94,753.94 |
| 10/31/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | | 1270-000 | $145.19 | | $94,899.13 |
| 11/09/2005 | 1003 | Morequity | Payoff of full second loan | | 4110-000 | | $30,565.51 | $64,333.62 |

**SUBTOTALS** $334,501.84  $270,168.22

**FORM 2**

Page No: 5

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-11992-JHS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | AMANEIRO, EDUARDO | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******5809 | Money Market Acct #: | ******4865 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 3/26/2004 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/17/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/09/2005 | 1004 | MERS asignee of GreenPoint Mortgage | Payoff of first mortgage | 4110-000 | | $27,598.78 | $36,734.84 |
| 11/30/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | $42.91 | | $36,777.75 |
| 12/30/2005 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | $23.85 | | $36,801.60 |
| 01/26/2006 | (21) | Jeffrey Strange | Per court order for damaged property of the estate. | 1249-000 | $1,000.00 | | $37,801.60 |
| 01/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | $20.73 | | $37,822.33 |
| 02/13/2006 | 1005 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2006 FOR CASE #04-11992, Blanket Bond 02/01/06 - 02/01/07 | 2300-000 | | $40.19 | $37,782.14 |
| 02/13/2006 | 1005 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2006 FOR CASE #04-11992, Blanket Bond 02/01/06 - 02/01/07 | 2300-000 | | ($40.19) | $37,822.33 |
| 02/13/2006 | 1006 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/13/2006 FOR CASE #04-11992, Blanket Bond Payment 02/01/2006 - 02/01/2007 | 2300-000 | | $43.73 | $37,778.60 |
| 02/28/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | $20.32 | | $37,798.92 |
| 03/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | $22.49 | | $37,821.41 |
| 04/28/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $23.94 | | $37,845.35 |
| 05/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $25.72 | | $37,871.07 |
| 06/30/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $24.91 | | $37,895.98 |
| 07/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $25.76 | | $37,921.74 |
| 08/31/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $25.77 | | $37,947.51 |
| 09/29/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | $24.11 | | $37,971.62 |
| 10/01/2006 | (INT) | JPMORGAN CHASE BANK, N.A. | | 1270-000 | $23.28 | | $37,994.90 |
| 10/01/2006 | | To Account #********4866 | | 9999-000 | | $37,970.79 | $24.11 |
| 11/08/2006 | (21) | JP Morgan Chase Bank | Interest reverssal posted in error. | 1270-000 | ($24.11) | | $0.00 |

**SUBTOTALS** $1,279.68 $65,613.30

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 04-11992-JHS | **Trustee Name:** David Leibowitz |
| **Case Name:** | AMANEIRO, EDUARDO | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******5809 | **Money Market Acct #:** ******4865 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Money Market Account |
| **For Period Beginning:** | 3/26/2004 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 9/17/2010 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | |
|---|---|---|---|
| **TOTALS:** | $335,781.52 | $335,781.52 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $37,970.79 | |
| **Subtotal** | $335,781.52 | $297,810.73 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $335,781.52 | $297,810.73 | |

| **For the period of 3/26/2004 to 9/17/2010** | | **For the entire history of the account between 04/18/2005 to 9/17/2010** | |
|---|---|---|---|
| Total Compensable Receipts: | $369,969.33 | Total Compensable Receipts: | $369,969.33 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $369,969.33 | Total Comp/Non Comp Receipts: | $369,969.33 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $331,998.54 | Total Compensable Disbursements: | $331,998.54 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $331,998.54 | Total Comp/Non Comp Disbursements: | $331,998.54 |
| Total Internal/Transfer Disbursements: | $37,970.79 | Total Internal/Transfer Disbursements: | $37,970.79 |

| **Case No.** | 04-11992-JHS | | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|---|
| **Case Name:** | AMANEIRO, EDUARDO | | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******5809 | | | **Checking Acct #:** | ******4866 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | Checking Account |
| **For Period Beginning:** | 3/26/2004 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 9/17/2010 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 10/01/2006 | | From Account #********4865 | | 9999-000 | $37,970.79 | | $37,970.79 |
| 01/08/2007 | 101 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $21,748.47, Trustee Compensation; Reference: | 2100-000 | | $21,748.47 | $16,222.32 |
| 01/08/2007 | 102 | DAVID P. LEIBOWITZ | Dividend paid 100.00% on $676.86, Trustee Expenses; Reference: | 2200-000 | | $676.86 | $15,545.46 |
| 01/08/2007 | 103 | LEIBOWITZ LAW CENTER | Dividend paid 100.00% on $5,000.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | $5,000.00 | $10,545.46 |
| 01/08/2007 | 104 | LEIBOWITZ LAW CENTER | Dividend paid 100.00% on $1,406.84, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | $1,406.84 | $9,138.62 |
| 01/08/2007 | 105 | Clerk of Court | Dividend paid 100.00% on $150.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | $150.00 | $8,988.62 |
| 01/08/2007 | 106 | COMMUNITY BANK OF RAVENSWOOD | Dividend paid 13.59% on $66,276.32; Claim# 7; Filed: $66,276.32; Reference: 5735408010 | 4110-000 | | $9,012.73 | ($24.11) |
| 01/09/2007 | | David P. Leibowitz Trustee | Reimburse estate for interest reversed by mistake. | 1290-000 | $24.11 | | $0.00 |
| | | | **TOTALS:** | | $37,994.90 | $37,994.90 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $37,970.79 | $0.00 | |
| | | | **Subtotal** | | $24.11 | $37,994.90 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $24.11 | $37,994.90 | |

| For the period of **3/26/2004 to 9/17/2010** | | For the entire history of the account between **10/01/2006 to 9/17/2010** | |
|---|---|---|---|
| Total Compensable Receipts: | $24.11 | Total Compensable Receipts: | $24.11 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24.11 | Total Comp/Non Comp Receipts: | $24.11 |
| Total Internal/Transfer Receipts: | $37,970.79 | Total Internal/Transfer Receipts: | $37,970.79 |
| | | | |
| Total Compensable Disbursements: | $37,994.90 | Total Compensable Disbursements: | $37,994.90 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $37,994.90 | Total Comp/Non Comp Disbursements: | $37,994.90 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 04-11992-JHS | **Trustee Name:** David Leibowitz |
| **Case Name:** | AMANEIRO, EDUARDO | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******5809 | **Money Market Acct #:** ******4867 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Money Market Account |
| **For Period Beginning:** | 3/26/2004 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 9/17/2010 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | | | |
|---|---|---|---|---|---|
| | | **TOTALS:** | $0.00 | $0.00 | $0.00 |
| | | **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| | | **Subtotal** | $0.00 | $0.00 | |
| | | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | | **Net** | $0.00 | $0.00 | |

| For the period of 3/26/2004 to 9/17/2010 | | For the entire history of the account between 01/02/2006 to 9/17/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-11992-JHS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | AMANEIRO, EDUARDO | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******5809 | Money Market Acct #: | ******4868 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 3/26/2004 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/17/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2009 | (22) | Jeffrey Strange & Associates /Trust Account | | 1121-000 | $1,000.00 | | $1,000.00 |
| 04/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.03 | | $1,000.03 |
| 05/01/2009 | (22) | Eduardo Ameneiro | Per court order | 1121-000 | $500.00 | | $1,500.03 |
| 05/29/2009 | (22) | Eduardo Ameneiro | Per court Order | 1121-000 | $500.00 | | $2,000.03 |
| 05/29/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.05 | | $2,000.08 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.08 | | $2,000.16 |
| 07/22/2009 | (22) | George Roman | Purchase of 2008 Toyota Yaris | 1121-000 | $3,400.00 | | $5,400.16 |
| 07/22/2009 | (22) | George Roman | Purchase of 2008 Toyota Yaris | 1121-000 | $5,000.00 | | $10,400.16 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.17 | | $10,400.33 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.43 | | $10,400.76 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.42 | | $10,401.18 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.42 | | $10,401.60 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.43 | | $10,402.03 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.43 | | $10,402.46 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.41 | | $10,402.87 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.39 | | $10,403.26 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.46 | | $10,403.72 |
| 04/06/2010 | | Wire out to BNYM account ********4868 | Wire out to BNYM account ********4868 | 9999-000 | ($10,403.79) | | ($0.07) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.07 | | $0.00 |

| | | | | SUBTOTALS | $0.00 | $0.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 04-11992-JHS | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | AMANEIRO, EDUARDO | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******5809 | **Money Market Acct #:** | ******4868 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 3/26/2004 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 9/17/2010 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  |  |  |
|---|---|---|
| **TOTALS:** | $0.00 | $0.00 | $0.00 |
| **Less: Bank transfers/CDs** | ($10,403.79) | $0.00 | |
| **Subtotal** | $10,403.79 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $10,403.79 | $0.00 | |

**For the period of 3/26/2004 to 9/17/2010**

| Total Compensable Receipts: | $10,403.79 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,403.79 |
| Total Internal/Transfer Receipts: | ($10,403.79) |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/02/2009 to 9/17/2010**

| Total Compensable Receipts: | $10,403.79 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,403.79 |
| Total Internal/Transfer Receipts: | ($10,403.79) |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| **Case No.** | 04-11992-JHS | **Trustee Name:** | David Leibowitz |
| **Case Name:** | AMANEIRO, EDUARDO | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******5809 | **Money Market Acct #:** | ******4868 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 3/26/2004 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 9/17/2010 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $346,210.69 | $346,210.69 | $0.00 |

**For the period of 3/26/2004 to 9/17/2010**

| | |
|---|---|
| Total Compensable Receipts: | $380,398.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $380,398.50 |
| Total Internal/Transfer Receipts: | $48,375.85 |
| | |
| Total Compensable Disbursements: | $380,398.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $380,398.50 |
| Total Internal/Transfer Disbursements: | $48,375.85 |

**For the entire history of the case between 03/26/2004 to 9/17/2010**

| | |
|---|---|
| Total Compensable Receipts: | $380,398.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $380,398.50 |
| Total Internal/Transfer Receipts: | $48,375.85 |
| | |
| Total Compensable Disbursements: | $380,398.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $380,398.50 |
| Total Internal/Transfer Disbursements: | $48,375.85 |